NANCY SHER COHEN (State Bar No. 81706)
  Nancy.Cohen@LathropGPM.com
RONALD A. VALENZUELA (State Bar No. 210025)
  Ronald.Valenzuela@LathropGPM.com
LATHROP GPM LLP
1888 Century Park East, Suite 1000
Los Angeles, CA 90067
Telephone: (310) 789-4600
Facsimile: (310) 789-4601

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCONIC INC.; MACOM CONNECTIVITY SOLUTIONS, LLC (f/k/a APPLIED MICRO CIRCUITS CORPORATION); BASF CORPORATION; BAXTER HEALTHCARE CORPORATION; C. T. L. PRINTING INDUSTRIES, INC.; CALIFORNIA HYDROFORMING COMPANY, INC.; COLUMBIA SHOWCASE & CABINET COMPANY, INC.; CROSBY & OVERTON, INC.; DISNEY ENTERPRISES, INC.; FHL GROUP; FORENCO, INC.; GENERAL DYNAMICS CORPORATION; HERCULES LLC (f/k/a HERCULES INCORPORATED); HEXCEL CORPORATION; HONEYWELL INTERNATIONAL INC.; INTERNATIONAL PAPER COMPANY; LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY; MASCO BUILDING PRODUCTS CORPORATION; MATTEL, INC.; MERCK SHARP & DOHME CORP.; PILKINGTON GROUP LIMITED; QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.; RAYTHEON COMPANY; SAFETY-KLEEN SYSTEMS, INC.; SOCO WEST, INC.; SPARTON TECHNOLOGY, INC.; THE BOEING COMPANY; THE DOW CHEMICAL COMPANY; TRIMAS CORPORATION; AND UNIVAR SOLUTIONS USA INC., <br><br> Plaintiffs, | Case No.: 2:20-cv-02586 <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1; CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1** |

1          v.

2

3

4

5     CAL-TRON PLATING, INC.; DENNIS
6     O'MEARA; ELECTRONIC CHROME &
      GRINDING CO., INC.; DUNCAN
7     INDUSTRIES, INC.; HALLIBURTON
      ENERGY SERVICES, INC.; MID-WEST
8     FABRICATING CO.; OMEGA CHEMICAL
      CORPORATION; SANTA FE RUBBER
9     PRODUCTS, INC.; SUNRISE
      PROPERTIES, LLC; AND VANOWEN
10    HOLDINGS, LLC; AND DOES 1 – 250,
      INCLUSIVE,
11
12              Defendants.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiffs Arconic Inc., et al. ("Plaintiffs") make the following corporate disclosure statements, and pursuant to Local Rule 7.1-1, the undersigned counsel of record for Plaintiffs certifies that the parties identified below may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Arconic Inc. has no parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.  Plaintiff Arconic Inc. has a pecuniary interest in the outcome of this case.

2. Plaintiff MACOM Connectivity Solutions, LLC (f/k/a Applied Micro Circuits Corporation) is a wholly owned subsidiary of MACOM Technology Solutions Holdings, Inc.  MACOM Connectivity Solutions, LLC (f/k/a Applied Micro Circuits Corporation) and its parent, MACOM Technology Solutions Holdings, Inc., may have a pecuniary interest in the outcome of this case

3. Plaintiff BASF Corporation is a wholly owned subsidiary of BASF Americas Corporation; BASF Americas Corporation is a wholly owned subsidiary of BASFIN Corporation, which is a majority-owned subsidiary of BASF USA Holding LLC; BASF USA Holding LLC is a wholly owned subsidiary of BASF Nederland BV.  BASF Nederland BV is a wholly owned subsidiary of BASF SE (Societas Europaea – "SE"), a publicly traded European company.  Plaintiff BASF Corporation, its parent, BASF Americas Corporation, and BASF Americas Corporation's affiliates BASFIN Corporation, BASF USA Holding LLC, BASF Nederland BV, and BASF SE may have a pecuniary interest in the outcome of this case.

4. Plaintiff Baxter Healthcare Corporation is a wholly owned subsidiary of Baxter International Inc., a publicly held corporation.  Plaintiff Baxter Healthcare Corporation and its parent, Baxter International Inc., may have a pecuniary interest in the outcome of this case.

5.      Plaintiff C. T. L. Printing Industries, Inc. (formerly known as Cal-Tape & Label Co.) has no parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.  Plaintiff C. T. L. Printing Industries, Inc. has a pecuniary interest in the outcome of this case.

6.      Plaintiff California Hydroforming Company, Inc. has no parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.  Plaintiff California Hydroforming Company, Inc. has a pecuniary interest in the outcome of this case.

7.      Plaintiff Columbia Showcase & Cabinet Company, Inc. has no parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.  Plaintiff Columbia Showcase & Cabinet Company, Inc. has a pecuniary interest in the outcome of this case.

8.      Plaintiff Crosby & Overton, Inc. has no parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.  Plaintiff Crosby & Overton, Inc. has a pecuniary interest in the outcome of this case.

9.      Plaintiff Disney Enterprises, Inc. is a wholly owned subsidiary of TWDC Enterprises 18 Corp., which is a subsidiary of The Walt Disney Company, a publicly held corporation. Plaintiff Disney Enterprises, Inc., TWDC Enterprises 18 Corp. and The Walt Disney Company may have a pecuniary interest in the outcome of this case.

10.     Plaintiff FHL Group has no parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.  Plaintiff FHL Group has a pecuniary interest in the outcome of this case.

11.     Exchange Building Corporation is the parent corporation of Plaintiff Forenco, Inc.  No publicly held corporation owns ten percent (10%) or more of Plaintiff Forenco, Inc.'s stock.  Plaintiff Forenco, Inc. and its parent, Exchange Building Corporation, may have a pecuniary interest in the outcome of this case.

12.     Plaintiff General Dynamics Corporation has no parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.  Plaintiff General Dynamics Corporation has a pecuniary interest in the outcome of this case.

13.     Plaintiff Hercules LLC (formerly known as Hercules Incorporated) is a wholly owned subsidiary of Ashland Global Holdings Inc., a publicly traded company.  Plaintiff Hercules LLC and its parent, Ashland Global Holdings Inc., may have a pecuniary interest in the outcome of this case.

14.     Plaintiff Hexcel Corporation has no parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.  Plaintiff Hexcel Corporation has a pecuniary interest in the outcome of this case.

15.     Plaintiff Honeywell International Inc. has no parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.  Plaintiff Honeywell International Inc. has a pecuniary interest in the outcome of this case.

16.     Plaintiff International Paper Company has no parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.  Plaintiff International Paper Company has a pecuniary interest in the outcome of this case.

17.     Plaintiff Masco Building Products Corporation (formerly known as Masco Corporation of Indiana) is a wholly owned subsidiary of Masco Corp., a publicly traded company.  Plaintiff Masco Building Products Corporation and its parent, Masco Corp., may have a pecuniary interest in the outcome of this case.

18.     Plaintiff Mattel, Inc. has no parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.  Plaintiff Mattel, Inc. has a pecuniary interest in the outcome of this case.

19.     Merck & Co., Inc. is the parent corporation of Plaintiff Merck Sharp & Dohme Corp.  No other publicly held corporation owns ten percent (10%) or more of Plaintiff Merck Sharpe & Dohme Corp.'s stock.  Plaintiff Merck Sharp & Dohme Corp. and its parent, Merck & Co., Inc., may have a pecuniary interest in the outcome of this case.

20.    Plaintiff Pilkington Group Limited, formerly known as Pilkinton PLC, is a wholly owned indirect subsidiary of Nippon Sheet Glass Co., Ltd, a publicly traded company in Japan.  Plaintiff Pilkington Group Limited and its parent, Nippon Sheet Glass Co., Ltd, may have a pecuniary interest in the outcome of this case.

21.    Plaintiff Quest Diagnostics Clinical Laboratories, Inc. is a wholly owned subsidiary of Quest Diagnostics Holdings Incorporated, which is a subsidiary of Quest Diagnostics Incorporated, a publicly held corporation.  Plaintiff Quest Diagnostics Clinical Laboratories, Inc. and its parent, Quest Diagnostics Holdings Incorporated, and its affiliate Quest Diagnostics Incorporated may have a pecuniary interest in the outcome of this case.

22.    Plaintiff Raytheon Company has no parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.  Plaintiff Raytheon Company has a pecuniary interest in the outcome of this case.

23.    Plaintiff Safety-Kleen Systems, Inc. is a wholly owned subsidiary of Safety-Kleen, Inc.; Safety-Kleen, Inc. is a wholly owned subsidiary of Clean Harbors, Inc., a publicly traded company.  Plaintiff Safety-Kleen Systems, Inc. and its parent, Safety-Kleen, Inc., as well as its affiliate Clean Harbors, Inc. may have a pecuniary interest in the outcome of this case.

24.    Brilliant National Services, Inc., a privately held company, is the parent corporation of Plaintiff Soco West, Inc.  No publicly held corporation owns ten percent (10%) or more of its stock.  Plaintiff Soco West, Inc. and its parent, Brilliant National Services, Inc., may have a pecuniary interest in the outcome of this case.

25.    Plaintiff Sparton Technology, Inc. is a wholly owned subsidiary of Sparton Corporation, a publicly traded corporation.  Plaintiff Sparton Technology, Inc. and its parent, Sparton Corporation, may have a pecuniary interest in the outcome of this case.

26.    Plaintiff The Boeing Company, which has a pecuniary interest in this case, has no parent corporation.  As of March 17, 2020, no corporation has filed a

1   Schedule 13 with the U.S. Securities and Exchange Commission disclosing
2   ownership of 10% or more of Boeing's stock.

3        27.    Plaintiff The Dow Chemical Company is a wholly-owned subsidiary of
4   Dow Inc., which is a publicly-held corporation.  No other publicly-held corporation
5   owns ten percent (10%) or more of The Dow Chemical Company's stock.  The Dow
6   Chemical Company and its parent, Dow, Inc., may have a pecuniary interest in the
7   outcome of this case.

8        28.    Plaintiff TriMas Corporation has no parent corporation and no publicly
9   held corporation owns ten percent (10%) or more of its stock.  Plaintiff TriMas
10  Corporation has a pecuniary interest in the outcome of this case.

11       29.    Univar Solutions, Inc. is the parent corporation of Plaintiff Univar
12  Solutions USA Inc. (formerly known as Univar USA Inc.).  No publicly held
13  corporation owns ten percent (10%) or more of Plaintiff Univar Solutions USA Inc.'s
14  stock.  Plaintiff Univar Solutions USA Inc. and its parent, Univar Solutions, Inc., may
15  have a pecuniary interest in the outcome of this case.

16

17  DATED:  March 18, 2020              LATHROP GPM LLP

18

19                                     By:   /s/  Nancy Sher Cohen

20                                     Attorneys for Plaintiffs

21

22

23

24

25

26

27

28