AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Arconic Inc.;<br>(See Attachment A for complete list of Plaintiffs)<br><br>*Plaintiff(s)*<br>v.<br><br>Cal-Tron Plating, Inc.;<br>(See Attachment B for complete list of Defendants)<br><br>*Defendant(s)* | ))))))))))) | Civil Action No. 2:20-cv-02586-SVW-RAOx |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cal-Tron Plating, Inc.; Electronic Chrome & Grinding Co., Inc.; Duncan Industries, Inc.; Dennis O'Meara; Halliburton Energy Services, Inc.; Mid-West Fabricating Co.; Omega Chemical Corporation; Santa Fe Rubber Products, Inc.; Sunrise Properties, LLC; Vanowen Holdings, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lathrop GPM, LLP
Nancy Sher Cohen
1888 Century Park East, Suite 1000
Los Angeles, CA 90067-1714

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: March 26, 2020

*Signature of Clerk or Deputy Clerk*