1
2
3
4
5
6
7
8
9
10                    UNITED STATES DISTRICT COURT
11                   CENTRAL DISTRICT OF CALIFORNIA
12                            WESTERN DIVISION

13   Arconic Inc. et al.,
14                            Plaintiffs,           CASE NO. 2:20-cv-02586-GW(Ex)
15   vs.                                            **[PROPOSED] ORDER STAYING CASE PENDING OUTCOME OF *ARCONIC* APPEAL**
16   Cal-Tron Plating, Inc. et al,
17                            Defendants.
18
19
20
21
22
23
24
25
26
27
28

The Court, having considered Plaintiffs' *Ex Parte* Application for Order Staying Case and finding good cause therefor, including the interests of justice, conservation of party and judicial resources, and judicial economy, Plaintiffs' *Ex Parte* Application is GRANTED.

NOW, THEREFORE, IT IS ORDERED that:

1. This case is stayed pending the outcome of the appeal in *Arconic Inc. et al. v APC Investment Co, et al.*, Case No. 2:14-cv-06456 GW (Ex.) ("*Arconic*").

2. The stay shall commence upon entry of this Order and automatically terminate the earlier of: (a) 30 days following the date that the Ninth Circuit's decision in *Arconic* becomes final and non-appealable, or (b) December 1, 2020.

3. Defendants' respective deadlines to respond to the Complaint are tolled during the stay and are due the later of: (a) 30 days after the stay is lifted, or (b) the time that was remaining for the Defendant to respond to the Complaint as of the date the Court entered this Order.

4. Plaintiffs will provide notice to the Court of the Ninth Circuit's decision in *Arconic* within 5 court days of Plaintiffs' notice of that decision.

5. Within 21 days of the termination of the stay, the parties shall file a joint status report and propose a date for a status conference with the Court.

Dated: _____, 2020       _____
                                    Hon. George H. Wu
                                    United States District Judge