# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that: I am employed in the county of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1888 Century Park East, Suite 1000, Los Angeles, California 90067.

On May 21, 2020, I served the forgoing document(s), described as:

1. **PLAINTIFFS' EX PARTE APPLICATION FOR ORDER STAYING CASE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

2. **DECLARATION OF RONALD A. VALENZUELA IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ORDER STAYING CASE**

3. **[Proposed] ORDER**

### SEE ATTACHED SERVICE LIST

☐ (By Mail) I am "readily familiar" with the Firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (By Fax) By transmitting a true and correct copy thereof via facsimile transmission.

☒ (By Email) By transmitting true and correct copies thereof by electronic transmission

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 21, 2020, at Los Angeles, California.

| Ronald A. Valenzuela | /s/ Ronald A. Valenzuela |
|---|---|
| Type or Print Name | Signature |

**PROOF OF SERVICE**

**SERVICE LIST**

| | |
|---|---|
| **Cal-Tron Plating, Inc.**<br>Justin Panitchpakdi<br>VAN NESS FELDMAN LLP<br>3717 Mt. Diablo Boulevard, Suite 200<br>Lafayette, California 94549<br>Tel.: (925) 282-8012<br>Fax: (925) 284-0870<br>jpanitchpakdi@vnf.com | **Electronic Chrome & Grinding Co., Inc.**<br>Thomas P Schmidt<br>LAW OFFICES OF THOMAS P SCHMIDT<br>900 Fulton Avenue, Suite 250<br>Sacramento, California 95825<br>Tel.: (310) 962-9128<br>tpjschmidt@gmail.com |
| **Duncan Industries, Inc.**<br>Aaron P. Allen<br>GLASER WEIL FINK HOWARD AVCHEN &<br>   SHAPIRO LLP<br>10250 Constellation Boulevard<br>19th Floor<br>Los Angeles, California 90067<br>Tel.: (310) 282-6279<br>Fax: (310) 556-2920<br>aallan@glaserweil.com | **Halliburton Energy Services, Inc.**<br>William D. Wick<br>WACTOR & WICK LLP<br>3640 Grand Avenue<br>Suite 200<br>Oakland, California 94610<br>Tel.: (510) 465-5750<br>bwick@ww-envlaw.com |
| **Mid-West Fabricating Co.**<br>Timothy C. Cronin<br>THE CRONIN LAW GROUP<br>390 Bridge Parkway, Suite 220<br>Redwood City, California 94065<br>Tel.: (415) 951-0166<br>Fax: (415) 951-0167<br>tcronin@crowlaw.com | **Santa Fe Rubber Products, Inc.**<br>David Van Riper<br>VAN RIPER LAW<br>1254 Irvine Boulevard, Suite 200<br>Tustin, California 92780<br>Tel.: (714) 731-1800<br>dave@vanriperlaw.com |
| **Sunrise Properties, LLC**<br>Michael Vergara<br>SOMACH SIMMONS & DUNN<br>500 Capitol Mall, Suite 100<br>Sacramento, California 95814<br>Tel.: (916) 446-7979<br>Fax: (916) 446-8199<br>mvergara@somachlaw.com | **Vanowen Holdings, LLC**<br>Thomas J. Weiss<br>WEISS & ZAMAN<br>1925 Century Park East, Suite 2140<br>Los Angeles, California 90067<br>Tel: (310) 788-0710<br>Fax: (310) 788-0735<br>tweiss@weisslawla.com |