LATHROP GPM LLP
Nancy Sher Cohen (State Bar No. 81706)
  nancy.cohen@lathropgpm.com
Ronald A. Valenzuela (State Bar No. 210025)
  ronald.valenzuela@lathropgpm.com
1888 Century Park East, Suite 1000
Los Angeles, CA 90067
Telephone: 310.789.4600
Facsimile:  310.789.4601

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARCONIC INC.; et al.<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CAL-TRON PLATING, INC.; et al.<br><br>　　　　　Defendant. | Case No. 2:20-cv-02586-GW(Ex)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served:  May 14, 2020<br>Current response date:  June 4, 2020<br>New response date:  July 6, 2020 |

Pursuant to Central District Local Rule 8-3, Plaintiffs Arconic Inc., et al. ("Plaintiffs") and Defendant Electronic Chrome & Grinding Co., Inc. ("Electronic Chrome") hereby agree and stipulate as follows:

1. Plaintiffs filed their Complaint in this action on March 18, 2020.
2. Plaintiffs served Electronic Chrome with the Complaint on May 14, 2020.
3. The current deadline for Electronic Chrome to respond to the Complaint is June 4, 2020.
4. Electronic Chrome has requested an additional 30 days to respond to the Complaint.
5. Plaintiffs have agreed to this extension.
6. Electronic Chrome has not previously received an extension to respond to the Complaint filed in this action.

NOW, THEREFORE, IT IS STIPULATED AND AGREED THAT: Electronic Chrome shall have until July 6, 2020 to respond to Plaintiffs' Complaint. Thirty days from the current response deadline is July 4, 2020, which is a Saturday and a holiday.

The filer attests under Local Rule 5-4.3.4(a)(2)(i) that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date: June 3, 2020

LATHROP GPM LLP

By: /s/ Ronald A. Valenzuela

Ronald A. Valenzuela
Attorneys for Plaintiffs

| | | |
|---|---|---|
| Date: June 3, 2020 | | LAW OFFICES OF THOMAS P. SCHMIDT |
| | By: | /s/ Thomas P. Schmidt |
| | | Thomas P. Schmidt<br>Attorneys for Defendant Electronic Chrome & Grinding Co., Inc. |