KRISTIN N. REYNA DEHART (SBN 211075)
kreyna@grsm.com
MATTHEW P. NUGENT (SBN: 214844)
mnugent@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7760
Facsimile: (619) 696-7124

Attorneys for Defendant
ELECTRONIC CHROME & GRINDING, CO. INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCONIC, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CAL-TRON PLATING, INC., et. al.,<br><br>　　　　　　Defendants. | CASE NO. 2:20-cv-02586<br><br>**DEFENDANT ELECTRONIC CHROME & GRINDING CO., INC.'S NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Kristin N. Reyna DeHart and Matthew P. Nugent of Gordon Rees Scully Mansukhani, LLP are the attorneys of record for Defendant Electronic Chrome & Grinding Co., Inc. in the above-referenced matter. Any and all pleadings, correspondence and/or documents served and/or filed herein should be served directly on counsel at the location above.

　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated:  June 25, 2020　　　　　GORDON REES SCULLY MANSUKHANI, LLP


　　　　　　　　　　　　　　　By:　s/Kristin N. Reyna DeHart
　　　　　　　　　　　　　　　　　Kristin N. Reyna DeHart
　　　　　　　　　　　　　　　　　Matthew P. Nugent
　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　Electronic Chrome & Grinding, Inc.

-1-
DEFENDANT ELECTRONIC CHROME & GRINDING CO. INC.'S NOTICE OF APPEARANCE                                               CASE NO. 2:20-cv-02586

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, LLP, 101 W. Broadway, Suite 2000, San Diego, CA 92101, my electronic mail address is jsilcott@grsm.com. On June 25, 2020, I served the foregoing document(s) as follows:

**DEFENDANT ELECTRONIC CHROME & GRINDING CO., INC.'S NOTICE OF APPEARANCE**

☒ **BY ELECTRONIC SERVICE THROUGH THE CM/ECF SYSTEM** which automatically generates a Notice of Electronic Filing at the time said document is filed to all CM/ECF Users who have appeared in this case. Service with this NEF constitutes service pursuant to FRCP 5(b)(E).

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on June 25, 2020, at San Diego, California.

_____
Jewell Silcott