UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-2586-GW-Ex | Date | February 18, 2021 |
|---|---|---|---|
| Title | *Arconic, Inc., et al. v. Cal-Tron Plating, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nancy S. Cohen | Justin R. Panitchpakdi |
| | Thomas J. Weiss |
| | Timothy C. Cronin |
| | Aaron P. Allan |
| | Kristin R. DeHart |
| | Anna Nguyen |

**PROCEEDINGS:**     **TELEPHONIC CONFERENCE**

Court and counsel confer. For reasons stated on the record, the status conference is continued to May 20, 2021 at 8:30 a.m. The Court lifts the stay as to discovery. However, depositions are not allowed until discussed further on May 20.

:     07

Initials of Preparer     JG