NANCY SHER COHEN, SBN 81706
nancy.cohen@lathropgpm.com
LATHROP GPM LLP
2049 Century Park East, Suite 3500S
Los Angeles, CA 90067
Telephone: (310) 789-4600; Facsimile: (310) 789-4601

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arconic, Inc., et al.<br><br>Plaintiff(s),<br>v.<br>Cal Tron Plating, Inc., et al.<br><br>Defendant(s). | CASE NUMBER<br>2:20-cv-02586 GW (Ex.)<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) Duncan Industries, Inc. _____

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by  Plaintiffs. This dismissal is **WITHOUT** prejudice. Plaintiffs and Duncan Industries, Inc.  .
each to bear its own attorneys' fees and costs.
The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).


April 6, 2021                                   /s/ Nancy Sher Cohen
*Date*                                          *Signature of Attorney/Party*


*NOTE:* **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*