NANCY SHER COHEN, SBN 81706
nancy.cohen@lathropgpm.com
LATHROP GPM LLP
2049 Century Park East, Suite 3500S
Los Angeles, CA 90067
Telephone: (310) 789-4600; Facsimile: (310) 789-4601

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arconic, Inc. et al.<br><br>Plaintiff(s),<br>v.<br><br>Cal Tron Plating, Inc. et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:20-cv-02586 GW (Ex.)<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☐   This action is dismissed by the Plaintiff(s) in its entirety.

☐   The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐   The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐   The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑   **ONLY** Defendant(s) Sunrise Properties, LLC _____

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Plaintiffs. This dismissal is **WITHOUT** prejudice. Plaintiffs and Sunrise Properties, LLC each _____ to bear its own attorneys' fees and costs.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| 4/12/2021 | /s/ Nancy Sher Cohen |
| *Date* | *Signature of Attorney/Party* |

NOTE:   *F.R.Civ.P. 41(a)*: This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

*F.R.Civ.P. 41(c)*: Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.