UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-2586-GW-Ex | Date | May 20, 2021 |
|---|---|---|---|
| Title | *Arconic, Inc., et al. v. Cal-Tron Plating, Inc., et al.* | | |

Present: The Honorable GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Ronald A. Valenzuela

Justin R. Panitchpakdi
Thomas J. Weiss
Matthew Nugent
Dennis J. Byrne
William D. Wick
Thomas Schmidt

**PROCEEDINGS:   TELEPHONIC CONFERENCE**

Court and counsel confer re motions for summary judgment in related matter CV 14-6456-GW-Ex. The Court will continue this matter until after the motions are heard. Defendants are to answer the complaint by no later than June 4, 2021. A scheduling conference is set for September 16, 2021 at 8:30 a.m. Discovery may be prepared and served, but no exchanges will be made until further discussion on September 16.

:   07

Initials of Preparer   JG