1              UNITED STATES DISTRICT COURT

2       CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3          HONORABLE GEORGE H. WU, U.S. DISTRICT JUDGE

4

5    ARCONIC, INC., et al,

6              Plaintiff,

7       vs.                        Case No.  CV 20-2586-GW

8    CAL-TRON PLATING, INC., et al

9

10             Defendants.
    _____/

11

12

13              REPORTER'S TRANSCRIPT OF
                 SCHEDULING CONFERENCE
14           THURSDAY, SEPTEMBER 16, 2021
                      8:30 A.M.
15             LOS ANGELES, CALIFORNIA

16

17

18

19

20

21

22
    _____

23         TERRI A. HOURIGAN, CSR NO. 3838, CCRR
             FEDERAL OFFICIAL COURT REPORTER
             350 WEST FIRST STREET, ROOM 4311
24           LOS ANGELES, CALIFORNIA  90012
                    (213) 894-2849

25

1                        APPEARANCES OF COUNSEL:

2

3    **FOR THE PLAINTIFF:**

4        LATHROP GPM LLP
         BY:  RONALD A. VALENZUELA
5        Attorney at Law
         2049 Century Park East, Suite 3500
6        Los Angeles, California  90067

7

8    **FOR THE DEFENDANT:   ELECTRONIC CHROME AND GRINDING**

9        GORDON REES SCULLY MANSUKHANI LLP
         BY:  MATTHEW PAUL NUGENT
10            TOM SCHMIDT
         Attorneys at Law
11       101 West Broadway, Suite 2000
         San Diego, California  92101
12

13   **FOR THE DEFENDANT:   HALLIBURTON ENERGY SERVICES, INC.**

14
         WACTOR AND WICK LLP
15       BY:  WILLIAM D. WICK
         Attorney at Law
16       3640 Grand Avenue, Suite 200
         Oakland, California  94610
17

18   **FOR THE DEFENDANT:   MID-WEST FABRICATING COMPANY**

19       THE CRONIN LAW GROUP
         BY:  DENNIS J. BYRNE
20       Attorney at Law
         390 Bridge Parkway, Suite 220
21       Redwood City, California  94065

22

23   **FOR THE DEFENDANT:   VANOWEN HOLDINGS, LLC**

         WEISS and ZAMAN
24       BY:  THOMAS J. WEISS
         Attorney at Law
25       16633 Ventura Boulevard, Suite 510
         Encino, California  91436

**UNITED  STATES  DISTRICT  COURT**

1    **APPEARANCES (CONT.)**

2    **FOR THE DEFENDANT:   CAL-TRON PLATING**

3    VAN NESS FELDMAN, LLP
     BY:  ALLISON MCADAM
4    3717 Mt. Diablo Boulevard, Suite 200
     Lafayette, California  94549
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              LOS ANGELES, CALIFORNIA; THURSDAY, SEPTEMBER 16, 2021

 2                            8:30 A.M.

 3                            --oOo--

 4

 5

 6              THE COURT:  All right.  Let me call the matter of

 7    Arconic versus Cal-Tron Plating.

 8                    For the plaintiff, we have?

 9              MR. VALENZUELA:  Good morning, Ronald Valenzuela for

10    the plaintiffs, Your Honor.

11              THE COURT:  For the defense?

12              MR. SCHMIDT:  Good morning, Your Honor.  It is Tom

13    Schmidt for Electronic Crome and Grinding.

14              MR. BYRNE:  Dennis Byrne for Mid-West Fabricating

15    Company.

16              MR. WEISS:  Good morning, Your Honor.  Tom Weiss for

17    Van Owen Holdings.

18              THE COURT:  All right.  No offense, but who is the

19    female voice that keeps on getting interrupted?

20              MS. MCADAM:  Good morning, Your Honor.  Allison

21    McAdam for defendant Cal-Tron Plating, Inc.

22              THE COURT:  Thank you.

23              MR. WICK:  Good morning, Your Honor.  Bill Wick for

24    Haliburton Energy Services, Inc.

25              THE COURT:  Next time I do this, I'm going to ask
```

1    you to do it in alphabetical order.

2                  And there was one last counsel, I didn't catch

3    the name?

4              MR NUGENT:  Yes.  Matthew Nugent for defendant

5    Electronic Crome and Grinding.

6              THE COURT:  That is it?

7            I have looked -- we are here for a scheduling

8    conference.  I saw the parties' joint status report, and I do

9    understand that the plaintiff is -- I think it's the plaintiff

10   is asking for a stay similar to the one in a related case.

11           Let me ask a couple of questions, have the parties

12   done any -- have the parties done any Rule 26(f) exchanges of

13   information and materials at this point?

14             MR. VALENZUELA:  This is Ron Valenzuela for

15   plaintiffs.  No, Your Honor, the parties have not.

16             THE COURT:  Okay.  And well, let me indicate that

17   the problem that the Court has with staying this case, and in

18   essence, as I understand it, the plaintiff is seeking a stay of

19   this case pending the resolution of the motions for summary

20   judgment in the BASF case.

21           And in that matter -- that case has been stayed up

22   to January the 17th, but the reason why the matter was stayed

23   was because of representations that the parties were engaged in

24   settlement discussions.

25           And if the matter does not settle or that matter

1    does not settle, then the motions for summary judgment have to

2    be placed back on calendar and heard later.

3              So there is a question that the Court has as to

4    whether or not I should stay this matter, since that matter is

5    only being stayed because of the settlement discussions that

6    are going on, unless the parties here are going to indicate

7    that whether or not if a settlement is reached in that case,

8    that would also affect this particular case.

9              It's also unclear to the extent to which the

10   motions for summary judgment in the BASF case would -- well, to

11   what extent it would control or affect the ultimate decisions

12   that are going to be made in this case.

13             So, let me hear a response from the various

14   parties starting with plaintiff's counsel first.

15             MR. VALENZUELA:  Thank you.  Ronald Valenzuela for

16   the plaintiff, so just one small correction, Your Honor.

17             So Your Honor is correct that this case has been

18   continued or the matter -- scheduling matter has been continued

19   until -- excuse me, BASF action, the hearings have been put off

20   until January 31st.

21             And just to be clear, it's not the case that that

22   case, the BASF action, has been stayed until the 31st, and then

23   the parties are going to meet with the Court and decide when to

24   reset the hearings.

25             In fact, what the Court did is it reset the

1   hearings on the motions for summary judgment for January 31st,

2   so there is not going to be any sort of extended delay in

3   trying to get those motions heard.

4           But to give the Court just one example on its

5   question as to how the motions for summary judgment on that

6   case might affect this case, as we indicated in our status

7   conference report, the parties in the BASF action disagree as

8   to several legal issues in that case that are central in this

9   case as well; one example being causation.

10          The defendants in that case, the BASF action,

11  contend, for example, that plaintiffs have to show that a

12  molecule of hazardous contamination coming off defendant's

13  property has commingled with the molecules of contamination

14  coming off from the Omega Chemical property.

15          Plaintiff, of course, totally disagrees with

16  that.  There is no legal support for that.

17          We contend that we only have to show a threatened

18  release, we don't actually have to show impact ground water.

19          So how does that affect this case?

20          Well, with respect to discovery, certain

21  discovery with respect to ground water data may not be

22  necessary if this Court, for example, were to rule in

23  plaintiff's favor on that causation issue.

24          It could significantly narrow, No. 1, the

25  discovery on causation; and two, what the parties have to

1   litigate in this action on a motion for summary judgment.

2        So we believe that the decisions in the BASF

3   action would significantly affect discovery in this case as

4   well as the contemplated motions for summary judgment, that is

5   just one example.

6        THE COURT:  All right.  Let me hear response from

7   the defense?

8        MR. SCHMIDT:  Your Honor, this is Tom Schmidt for

9   Electronic Chrome.

10       With all do respect to Mr. Valenzuela, we have

11  served joint discovery on the plaintiffs with respect to their

12  damages, but we believe that this case should not be stayed,

13  and frankly, you know, the issues that plaintiff's counsel is

14  dealing with in the other matter really don't apply to us at

15  this point in time.

16       The plaintiff has chosen to sue all of the

17  defendants in this case, and we want to defend this case, and

18  have it moved forward.

19       All of our clients have this claim on our books,

20  and plaintiff had the choice to sue us all in one action and

21  chose not to, and frankly, we want to get to the bottom of what

22  the plaintiffs are claiming and what can be established as

23  appropriate damages under the NCP and it doesn't have an impact

24  on causation or any of the summary judgment motions that are

25  pending.

1          We would like this case, very strongly, to move

2    forward and get into discovery and try and get to the bottom of

3    this.

4          The Omega Operable Unit case or EPA action has

5    been going on for more than 20 years.  There are going to be

6    very significant issues with respect to what damages are

7    recoverable by plaintiffs for all of the costs that had been

8    expended through those 20 years.

9          And the defendants want to start getting into

10   that right now, and that is why we served discovery yesterday

11   on plaintiffs.

12         The Judge's -- the Court's prior order allowed

13   the parties to serve discovery, but did not mandate a response

14   to that discovery.

15         At this point in time, all of the defendants are

16   asking this Court to remove the stay and allow this case to

17   move forward with discovery, because we want to move forward to

18   resolve this matter, notwithstanding whatever else plaintiff is

19   doing in other cases.

20         THE COURT:  Let me ask this question:  I, however,

21   have not set any scheduling at all in this matter at this point

22   in time; is that correct?

23         MR. VALENZUELA:  This is Ronald Valenzuela for

24   plaintiffs.  That is correct, Your Honor.  In fact, if I could

25   briefly make two quick points?

```
1              THE COURT:  All right.

2              MR. VALENZUELA:  So, with respect to the discovery

3    that defendant served yesterday, as my friend, Mr. Schmidt just

4    indicated, much, if not all of it, relates to plaintiff's

5    response cause.

6                   As this Court is aware from the BASF action and

7    the litigation, response cost issue is really an issue that

8    deals exclusively with the allocation issue, which is

9    exclusively litigated later, only after liability has been

10   established because it makes no sense to cut up the pie, so to

11   speak, with respect to response costs, until we know how many

12   people are at the table.

13                  So the parties, I believe, I would suggest should

14   discuss the scope and timing of discovery, including discovery

15   on response costs later, not now, it's premature.

16                  The second point I would like to make is not all

17   of the defendants in this action have responded to the

18   complaint.  They were served last summer.  The Court ordered

19   defendants to respond by June 4th, and three have not.

20                  And so it seems to us that at a minimum the first

21   order of business is to resolve that.

22                  Plaintiffs want to avoid motion practice, I think

23   the Court would agree that unnecessary motion practice should

24   be avoided.  So, again, at a minimum, we think the parties

25   should confer -- or plaintiff's should confer with the
```

defendants that have not responded to see if there is some

basis, legitimate basis for not complying with the Court's

order and see if we can come to some agreement that could

narrow the issues or avoid discovery.

One last very quick point, we observed, Your

Honor, that really the best way to resolve this matter quickly

is through settlement, but defendants have refused to even take

a phone call from us with respect to exploring settlement.

We're not aware of any case, let alone a super

fund case, that can be resolved quickly through litigation.  It

takes several years, and we don't harm and defendants haven't

identified any, but just waiting a couple of months before

heading down what could be a very long and expensive road.

MR. SCHMIDT:  Your Honor, if I may respond to that?

THE COURT:  I will give you a minute and a half.  I

have already made up my mind, but I will give you a minute and

a half.

MR. SCHMIDT:  Your Honor, in response to my good

friend Ron's statement, you are right, these cases do take a

very long time to adjudicate and that's why we want to get

started.

I hope that the plaintiffs can do two things at

one time, which is respond to the discovery and deal with the

defendants who have not appeared.

THE COURT:  All right.  This is what I'm going to do

UNITED STATES DISTRICT COURT

1  in this matter.  I mean, technically we're here for a

2  scheduling conference, which I presume you guys want me to set

3  up dates which would include discovery cutoffs and stuff of

4  that sort, motion cutoffs, settlement conference dates and

5  things of that sort.

6           However, I can't really do that based upon the

7  materials I have at this point in time.

8           The parties have indicated, at least plaintiff's

9  counsel has indicated there has not been an exchange that would

10 be required under 26(f), and I presume the defense agrees with

11 that, there has not been that exchange; is that correct?

12           MR. SCHMIDT:  That is correct.

13           THE COURT:  I want, obviously, that exchange to be

14 conducted first.

15           I want a new 26(f) report that will include all of

16 the scheduling matters, because, I mean, you have talked to me

17 about a lot of stuff, but I really can't resolve the stuff you

18 are talking about based upon what you have given me so far,

19 So I do want the exchange.

20           I do want the parties to get together to talk

21 about dates.  It might very well be is that if in fact -- I

22 guess the plaintiff's position is that liability issues have to

23 be -- well, liability issues should be resolved first before

24 damages issues or any attempt to resolve any damages issues.

25           I'm not taking a position one way or the other on

UNITED STATES DISTRICT COURT

1    that now, I just want to know the bases for that type of an

2    assertion.

3              So what I want the parties to do is to give me a

4    fuller joint status report with specific dates, and if you guys

5    can agree on certain dates, that is fine, if you can't agree on

6    dates, then each side gives me their respective dates, and I

7    will take a look at it.

8              I will not require the plaintiff at this point in

9    time to respond to the defendant's discovery requests, but I

10   want the parties to indicate, you know, when that type of

11   discovery should be complied with, for lack of a better term.

12             Do both sides understand what I want?

13        MR. VALENZUELA:  This is Ron Valenzuela for

14   plaintiffs.  Yes, Your Honor.

15             Can we propose just a slight tweak to that we

16   think would make sense and help with the orderly and efficient

17   progress of this case?

18             Rather than -- what we would propose is that the

19   Court would have the parties meet and confer, as suggested,

20   because we think plaintiffs believe that this case should be

21   bifurcated between liability and allocation.

22             And if the parties can agree upon that issue, then

23   we could set forth, I think, exactly what the Court wants as

24   very detailed reports as to deadlines and schedules for

25   discovery, motions for summary judgment, et cetera.

1          So we would just ask the Court to basically

2    continue this case until the parties can present that order to

3    the Court.

4          THE COURT:  Well, you are presuming that the parties

5    would eventually be agreeable to that.

6          I'm not saying, you know, one way or the other.

7    It might very well be nice if the parties could agree to that,

8    but let me ask the defense this, would the defense ever agree

9    to something like that?

10         MR. SCHMIDT:  Your Honor, Tom Schmidt for Electronic

11   Chrome, and speaking on behalf of Electronic Chrome only, the

12   answer is no.

13         We believe that the issue of damages here is

14   extremely important in terms of finding out exactly how much

15   money is on the table here, so we can advise our clients and

16   develop our defense strategy accordingly, but I will let other

17   defense counsel speak as well.

18         THE COURT:  Let me hear from the others --

19         MR. WEISS:  This is Tom Weiss for the defendant Van

20   Owen.  We agree with Mr. Schmidt's comments, and we would

21   likely not agree to such a bifurcation.

22         THE COURT:  All right.  I will need to hear from the

23   other defendants.  I want the parties to discuss all of this

24   stuff, I will allow the plaintiff to make the argument in the

25   joint status report.

```
 1              If the parties aren't able to agree to do a
 2   bifurcation of liability and damages, I will allow you to make
 3   a pitch as to why the Court should order that, and, you know,
 4   if the parties are clearly diametrically opposed, then I would
 5   allow, for example, a motion to be made for bifurcation -- an
 6   early motion for bifurcation, and I will entertain it, et
 7   cetera, et cetera.
 8              So, what I will do is this:  I presume that you
 9   guys can talk about this to your heart's content, you know, I
10   will give you guys two weeks to talk about the stuff.
11              I want you guys to file a joint -- a new joint
12   status -- or joint Rule 26(f) status report by noon on
13   October 1st.  I will put the matter back on calendar for
14   October the 11th.
15              THE COURTROOM DEPUTY:  It is a holiday.
16              THE COURT:  What holiday is that?
17              THE COURTROOM DEPUTY:  Columbus Day.
18              THE COURT:  Columbus Day, we don't call it
19   Indigenous People Day as well?
20              In that case, I will put the matter back on
21   calendar for the 14th of October.
22              All right.  Let me ask everybody, does anybody
23   have any questions or comments at this point?
24              MR. VALENZUELA:  Ronald Valenzuela.  Yes, Your
25   Honor.
```

1          One question, I'm a little confused as to how the

2  parties are to proceed.

3          I understand that if the parties cannot agree on

4  bifurcation, plaintiffs are permitted to make a motion.

5          However, before parties make -- plaintiffs make

6  that motion, if they do, we are required to provide a joint

7  Rule 26 report, given that the contours and the content of that

8  report are going to depend on how, if at all, this case is

9  stayed.

10          I'm not sure how we can present --

11          THE COURT:  I have not indicated I'm going to stay

12  the case anymore than I have already indicated.

13          In other words, I have stayed the case to a

14  certain point up to this point in time.  I have also stayed the

15  discovery response to the latest discovery request from the

16  defendants.

17          And I will probably stay this case up until

18  October the 14th, in the sense that I expect all of the stuff

19  to be provided to me.

20          But, you know, thereafter, either the case is

21  going to go forward not bifurcated, unless, you know, the

22  plaintiff indicates they are going to file a motion for that,

23  but then I will give you a very short period of time to make

24  that motion, because I presume everything you need to discuss

25  you have pretty much discussed already, and so, I just need to

1    know the details of the motion.

2              But, you know, again, I would say that, you know,

3    the matter pretty much will be resolved as to how it's going to

4    proceed, unless I feel that there is a sufficient basis to

5    entertain a motion to bifurcate, in which case then the matter

6    will be resolved when I hear the motion to bifurcate, and at

7    that point in time, the schedule will be laid out.

8              MR. VALENZUELA:  Ronald Valenzuela for plaintiffs.

9    Understood, Your Honor.  I was just wondering how the parties

10   could adequately provide deadlines, schedules, and information.

11             THE COURT:  In other words, you just say if the

12   matter is bifurcated, this will be the schedule, because

13   obviously, if it's bifurcated, you are still going to have to

14   do discovery on liability, et cetera, et cetera, and once that

15   issue is resolved, then there would be discovery on damages, et

16   cetera, et cetera, et cetera, and there would be two versions

17   of a scheduling because it would be based on a bifurcation.

18   But if there is no bifurcation, then there would be just one

19   schedule for the case.

20             MR. VALENZUELA:  Ronald Valenzuela, I'm sorry, Your

21   Honor.  Now I understand.

22             I understand now the Court would allow plaintiffs

23   in this Rule 26(f) report due on October 1st to include a

24   schedule that contemplates bifurcation.

25             THE COURT:  Exactly.

1          MR. VALENZUELA:  Understood.  Thank you very much.

2          THE COURT:  Let me ask defense, any questions from

3   defense?

4          MR. SCHMIDT:  No, Your Honor.  I think we have it.

5          THE COURT:  Everybody, have a very nice day.

6          (The proceedings concluded at 9:24 a.m.)

7                              *  *  *

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                **CERTIFICATE OF OFFICIAL REPORTER**

2

3 COUNTY OF LOS ANGELES   )
                              )

4 STATE OF CALIFORNIA     )

5

6         I, TERRI A. HOURIGAN, Federal Official Realtime

7 Court Reporter, in and for the United States District Court for

8 the Central District of California, do hereby certify that

9 pursuant to Section 753, Title 28, United States Code that the

10 foregoing is a true and correct transcript of the

11 stenographically reported proceedings held in the

12 above-entitled matter and that the transcript page format is in

13 conformance with the regulations of the judicial conference of

14 the United States.

15

16 Date:  September 21, 2021

17

18

19                       /s/ TERRI A. HOURIGAN

20              _____
              TERRI A. HOURIGAN, CSR NO. 3838, RPR, CRR

21                 Federal Official Court Reporter

22

23

24

25

## /

**/s** [1] - 19:19

## 1

**1** [1] - 7:23
**101** [1] - 2:11
**11th** [1] - 15:12
**14th** [2] - 15:19, 16:16
**16** [2] - 1:13, 4:1
**16633** [1] - 2:25
**17** [1] - 19:16
**17th** [1] - 5:21
**1st** [2] - 15:11, 17:21

## 2

**20** [2] - 9:5, 9:8
**20-2586-GW** [1] - 1:7
**200** [2] - 2:16, 3:4
**2000** [1] - 2:11
**2021** [3] - 1:13, 4:1, 19:16
**2049** [1] - 2:5
**213** [1] - 1:24
**220** [1] - 2:20
**26** [1] - 16:5
**26(f** [5] - 5:11, 12:9, 12:14, 15:10, 17:21
**28** [1] - 19:9

## 3

**31st** [3] - 6:19, 6:21, 6:25
**350** [1] - 1:23
**3500** [1] - 2:5
**3640** [1] - 2:16
**3717** [1] - 3:4
**3838** [2] - 1:22, 19:20
**390** [1] - 2:20

## 4

**4311** [1] - 1:23
**4th** [1] - 10:19

## 5

**510** [1] - 2:25

## 7

**753** [1] - 19:9

## 8

**894-2849** [1] - 1:24

**8:30** [2] - 1:14, 4:2

## 9

**90012** [1] - 1:24
**90067** [1] - 2:6
**91436** [1] - 2:25
**92101** [1] - 2:11
**94065** [1] - 2:21
**94549** [1] - 3:4
**94610** [1] - 2:16
**9:24** [1] - 18:4

## A

**A.M** [2] - 1:14, 4:2
**a.m** [1] - 18:4
**able** [1] - 14:24
**above-entitled** [1] - 19:12
**accordingly** [1] - 14:14
**action** [10] - 6:18, 6:21, 7:6, 7:9, 7:25, 8:2, 8:20, 9:4, 10:6, 10:17
**adequately** [1] - 17:8
**adjudicate** [1] - 11:20
**advise** [1] - 14:13
**affect** [5] - 6:7, 6:10, 7:5, 7:18, 8:2
**agree** [10] - 10:23, 13:3, 13:20, 14:5, 14:6, 14:18, 14:19, 14:24, 16:1
**agreeable** [1] - 14:3
**agreement** [1] - 11:3
**agrees** [1] - 12:9
**al** [2] - 1:5, 1:8
**ALLISON** [1] - 3:3
**Allison** [1] - 4:20
**allocation** [2] - 10:8, 13:19
**allow** [5] - 9:16, 14:22, 14:25, 15:3, 17:20
**allowed** [1] - 9:12
**alone** [1] - 11:9
**alphabetical** [1] - 5:1
**AND** [2] - 2:8, 2:14
**ANGELES** [4] - 1:14, 1:24, 4:1, 19:3
**Angeles** [1] - 2:6
**answer** [1] - 14:10
**APPEARANCES** [2] - 2:1, 3:1
**appeared** [1] - 11:23
**apply** [1] - 8:14
**appropriate** [1] -

**8:23**
**Arconic** [1] - 4:7
**ARCONIC** [1] - 1:5
**argument** [1] - 14:22
**assertion** [1] - 12:25
**attempt** [1] - 12:23
**Attorney** [4] - 2:5, 2:15, 2:20, 2:24
**Attorneys** [1] - 2:10
**Avenue** [1] - 2:16
**avoid** [2] - 10:22, 11:4
**avoided** [1] - 10:24
**aware** [2] - 10:6, 11:9

## B

**based** [2] - 12:5, 12:17, 17:15
**bases** [1] - 12:25
**BASF** [5] - 5:19, 6:9, 6:18, 6:21, 7:6, 7:9, 8:1, 10:6
**basis** [1] - 11:2, 17:2
**behalf** [1] - 14:9
**best** [1] - 11:6
**better** [1] - 13:9
**between** [1] - 13:19
**bifurcate** [2] - 17:3, 17:4
**bifurcated** [4] - 13:19, 16:19, 17:10, 17:11
**bifurcation** [8] - 14:19, 14:25, 15:3, 15:4, 16:2, 17:15, 17:16, 17:22
**Bill** [1] - 4:23
**books** [1] - 8:19
**bottom** [2] - 8:21, 9:2
**Boulevard** [2] - 2:25, 3:4
**Bridge** [1] - 2:20
**briefly** [1] - 9:25
**Broadway** [1] - 2:11
**business** [1] - 10:21
**BY** [6] - 2:4, 2:9, 2:15, 2:19, 2:24, 3:3
**Byrne** [1] - 4:14
**BYRNE** [2] - 2:19, 4:14

## C

**CAL** [2] - 1:8, 3:2
**Cal** [2] - 4:7, 4:21
**CAL-TRON** [2] - 1:8, 3:2
**Cal-Tron** [2] - 4:7, 4:21

**calendar** [3] - 6:1, 15:11, 15:19
**California** [7] - 2:6, 2:11, 2:16, 2:21, 2:25, 3:4, 19:8
**CALIFORNIA** [5] - 1:2, 1:14, 1:24, 4:1, 19:4
**cannot** [1] - 16:1
**case** [38] - 5:9, 5:16, 5:18, 5:19, 5:20, 6:6, 6:7, 6:9, 6:11, 6:16, 6:20, 6:21, 7:5, 7:7, 7:8, 7:9, 7:18, 8:2, 8:12, 8:17, 9:1, 9:4, 9:16, 11:9, 11:10, 13:15, 13:18, 13:25, 15:18, 16:6, 16:10, 16:11, 16:15, 16:18, 17:3, 17:17
**Case** [1] - 1:7
**cases** [2] - 9:19, 11:19
**catch** [1] - 5:2
**causation** [4] - 7:8, 7:22, 7:24, 8:24
**CCRR** [1] - 1:22
**Central** [1] - 19:8
**CENTRAL** [1] - 1:2
**central** [1] - 7:7
**Century** [1] - 2:5
**certain** [3] - 7:19, 13:3, 16:12
**CERTIFICATE** [1] - 19:1
**certify** [1] - 19:8
**cetera** [8] - 13:23, 15:5, 17:12, 17:14
**Chemical** [1] - 7:13
**choice** [1] - 8:20
**chose** [1] - 8:21
**chosen** [1] - 8:16
**CHROME** [1] - 2:8
**Chrome** [3] - 8:8, 14:9
**City** [1] - 2:21
**claim** [1] - 8:19
**claiming** [1] - 8:22
**clear** [1] - 6:20
**clearly** [1] - 15:2
**clients** [2] - 8:19, 14:13
**Code** [1] - 19:9
**Columbus** [2] - 15:15, 15:16
**coming** [2] - 7:11, 7:13
**comments** [2] - 14:18, 15:21
**commingled** [1] -

**7:12**
**COMPANY** [1] - 2:18
**Company** [1] - 4:15
**complaint** [1] - 10:18
**complied** [1] - 13:9
**complying** [1] - 11:2
**concluded** [1] - 18:4
**conducted** [1] - 12:13
**confer** [3] - 10:25, 13:17
**conference** [5] - 5:7, 7:6, 12:1, 12:3, 19:13
**CONFERENCE** [1] - 1:13
**conformance** [1] - 19:13
**confused** [1] - 15:24
**CONT** [1] - 3:1
**contamination** [2] - 7:11, 7:12
**contemplated** [1] - 8:3
**contemplates** [1] - 17:22
**contend** [2] - 7:10, 7:16
**content** [2] - 15:7, 16:5
**continue** [1] - 13:25
**continued** [2] - 6:17
**contours** [1] - 16:5
**control** [1] - 6:10
**correct** [6] - 6:16, 9:22, 9:24, 12:10, 12:11, 19:10
**correction** [1] - 6:15
**cost** [1] - 10:7
**costs** [3] - 9:7, 10:11, 10:15
**counsel** [5] - 5:2, 6:13, 8:14, 12:8, 14:15
**COUNSEL** [1] - 2:1
**COUNTY** [1] - 19:3
**couple** [2] - 5:10, 11:12
**course** [1] - 7:14
**COURT** [25] - 1:1, 1:23, 4:6, 4:11, 4:18, 4:22, 4:25, 5:5, 5:15, 8:5, 9:20, 10:1, 11:15, 11:24, 12:12, 14:2, 14:16, 14:20, 15:14, 15:16, 16:9, 17:9, 17:23, 17:25, 18:3
**Court** [19] - 5:16, 6:2, 6:22, 6:24, 7:3, 7:21, 9:16, 10:6, 10:18, 10:23, 13:17, 13:21,

13:24, 14:1, 15:1, 17:20, 19:7, 19:20
**Court's** [2] - 9:12, 11:2
**COURTROOM** [2] - 15:13, 15:15
**Crome** [2] - 4:13, 5:4
**CRONIN** [1] - 2:19
**CRR** [1] - 19:20
**CSR** [2] - 1:22, 19:20
**cut** [1] - 10:10
**cutoffs** [2] - 12:2, 12:3
**CV** [1] - 1:7

# D

**damages** [8] - 8:11, 8:23, 9:6, 12:23, 14:11, 14:25, 17:13
**data** [1] - 7:20
**Date** [1] - 19:16
**dates** [7] - 12:2, 12:3, 12:20, 13:2, 13:3, 13:4
**deadlines** [2] - 13:22, 17:8
**deal** [1] - 11:22
**dealing** [1] - 8:14
**deals** [1] - 10:8
**decide** [1] - 6:22
**decisions** [2] - 6:10, 8:1
**defend** [1] - 8:17
**defendant** [4] - 4:21, 5:3, 10:3, 14:17
**DEFENDANT** [5] - 2:8, 2:13, 2:18, 2:22, 3:2
**defendant's** [2] - 7:11, 13:17
**Defendants** [1] - 1:9
**defendants** [12] - 7:9, 8:17, 9:9, 9:15, 10:17, 10:19, 11:1, 11:7, 11:11, 11:23, 14:21, 16:14
**defense** [9] - 4:11, 8:6, 12:9, 14:6, 14:14, 14:15, 17:25, 18:1
**delay** [1] - 7:1
**DENNIS** [1] - 2:19
**Dennis** [1] - 4:14
**DEPUTY** [2] - 15:13, 15:15
**detailed** [1] - 13:22
**details** [1] - 16:24
**develop** [1] - 14:14
**Diablo** [1] - 3:4
**diametrically** [1] -

15:2
**Diego** [1] - 2:11
**disagree** [1] - 7:6
**disagrees** [1] - 7:14
**discovery** [23] - 7:19, 7:20, 7:24, 8:2, 8:10, 9:2, 9:10, 9:13, 9:14, 9:17, 10:2, 10:14, 11:4, 11:22, 12:2, 13:7, 13:9, 13:23, 16:13, 17:12, 17:13
**discuss** [3] - 10:14, 14:21, 16:22
**discussed** [1] - 16:23
**discussions** [2] - 5:23, 6:4
**DISTRICT** [3] - 1:1, 1:2, 1:3
**District** [2] - 19:7, 19:8
**DIVISION** [1] - 1:2
**done** [2] - 5:10, 5:11
**due** [1] - 17:21

# E

**early** [1] - 15:4
**East** [1] - 2:5
**efficient** [1] - 13:14
**either** [1] - 16:18
**Electronic** [5] - 4:13, 5:4, 8:8, 14:8, 14:9
**ELECTRONIC** [1] - 2:8
**Encino** [1] - 2:25
**ENERGY** [1] - 2:13
**Energy** [1] - 4:24
**engaged** [1] - 5:22
**entertain** [2] - 15:4, 17:3
**entitled** [1] - 19:12
**EPA** [1] - 9:4
**essence** [1] - 5:17
**established** [2] - 8:22, 10:10
**et** [10] - 1:5, 1:8, 13:23, 15:4, 15:5, 17:12, 17:13, 17:14
**eventually** [1] - 14:3
**exactly** [3] - 13:21, 14:12, 17:23
**example** [6] - 7:3, 7:8, 7:10, 7:21, 8:4, 15:3
**exchange** [4] - 12:8, 12:10, 12:12, 12:18
**exchanges** [1] - 5:11
**exclusively** [2] - 10:8, 10:9

**excuse** [1] - 6:18
**expect** [1] - 16:16
**expended** [1] - 9:8
**expensive** [1] - 11:13
**exploring** [1] - 11:8
**extended** [1] - 7:1
**extent** [2] - 6:8, 6:10
**extremely** [1] - 14:12

# F

**Fabricating** [1] - 4:14
**FABRICATING** [1] - 2:18
**fact** [3] - 6:24, 9:24, 12:20
**far** [1] - 12:17
**favor** [1] - 7:22
**FEDERAL** [1] - 1:23
**Federal** [2] - 19:6, 19:20
**FELDMAN** [1] - 3:3
**female** [1] - 4:19
**file** [2] - 15:9, 16:20
**fine** [1] - 13:3
**first** [4] - 6:13, 10:20, 12:13, 12:22
**FIRST** [1] - 1:23
**FOR** [6] - 2:3, 2:8, 2:13, 2:18, 2:22, 3:2
**foregoing** [1] - 19:10
**format** [1] - 19:12
**forth** [1] - 13:21
**forward** [5] - 8:18, 9:2, 9:17, 16:19
**frankly** [2] - 8:13, 8:21
**friend** [2] - 10:3, 11:18
**fuller** [1] - 13:2
**fund** [1] - 11:10

# G

**GEORGE** [1] - 1:3
**given** [2] - 12:17, 16:5
**GORDON** [1] - 2:9
**GPM** [1] - 2:4
**Grand** [1] - 2:16
**Grinding** [2] - 4:13, 5:4
**GRINDING** [1] - 2:8
**ground** [2] - 7:17, 7:20
**GROUP** [1] - 2:19
**guess** [1] - 12:21
**guys** [5] - 12:1, 13:2,

15:7, 15:8, 15:9

# H

**half** [2] - 11:15, 11:17
**Haliburton** [1] - 4:24
**HALLIBURTON** [1] - 2:13
**harm** [1] - 11:11
**hazardous** [1] - 7:11
**heading** [1] - 11:13
**hear** [5] - 6:12, 8:5, 14:16, 14:20, 17:4
**heard** [2] - 6:1, 7:2
**hearings** [3] - 6:18, 6:23, 6:25
**heart's** [1] - 15:7
**held** [1] - 19:11
**help** [1] - 13:14
**hereby** [1] - 19:8
**HOLDINGS** [1] - 2:22
**Holdings** [1] - 4:17
**holiday** [2] - 15:13, 15:14
**Honor** [18] - 4:10, 4:12, 4:16, 4:20, 4:23, 5:14, 6:15, 6:16, 8:7, 9:24, 11:6, 11:14, 13:12, 14:8, 15:23, 17:7, 17:19, 18:2
**HONORABLE** [1] - 1:3
**hope** [1] - 11:21
**HOURIGAN** [1] - 1:22, 19:6, 19:19, 19:20

# I

**identified** [1] - 11:12
**impact** [2] - 7:17, 8:23
**important** [1] - 14:12
**INC** [3] - 1:5, 1:8, 2:13
**Inc** [2] - 4:21, 4:24
**include** [2] - 12:2, 12:14, 17:21
**including** [1] - 10:14
**indicate** [3] - 5:15, 6:5, 13:8
**indicated** [6] - 7:5, 10:4, 12:7, 12:8, 16:9, 16:10
**indicates** [1] - 16:20
**Indigenous** [1] - 15:17
**information** [2] - 5:12, 17:8

**interrupted** [1] - 4:19
**issue** [7] - 7:22, 10:7, 10:8, 13:20, 14:11, 17:13
**issues** [8] - 7:7, 8:13, 9:6, 11:4, 12:21, 12:22, 12:23

# J

**January** [3] - 5:21, 6:19, 6:25
**joint** [6] - 5:7, 8:10, 13:2, 14:23, 15:9, 15:10, 16:4
**JUDGE** [1] - 1:3
**Judge's** [1] - 9:12
**judgment** [9] - 5:19, 5:25, 6:9, 6:25, 7:4, 7:25, 8:3, 8:24, 13:23
**judicial** [1] - 19:13
**June** [1] - 10:19

# K

**keeps** [1] - 4:19

# L

**lack** [1] - 13:9
**Lafayette** [1] - 3:4
**laid** [1] - 17:5
**last** [3] - 5:1, 10:18, 11:5
**latest** [1] - 16:13
**LATHROP** [1] - 2:4
**Law** [5] - 2:5, 2:10, 2:15, 2:20, 2:24
**LAW** [1] - 2:19
**least** [1] - 12:7
**legal** [2] - 7:7, 7:15
**legitimate** [1] - 11:2
**liability** [6] - 10:9, 12:21, 12:22, 13:19, 14:25, 17:12
**likely** [1] - 14:18
**litigate** [1] - 7:25
**litigated** [1] - 10:9
**litigation** [2] - 10:7, 11:10
**LLC** [1] - 2:22
**LLP** [4] - 2:4, 2:9, 2:14, 3:3
**look** [1] - 13:5
**looked** [1] - 5:6
**Los** [1] - 2:6
**LOS** [4] - 1:14, 1:24, 4:1, 19:3

## M

**mandate** [1] - 9:13
**MANSUKHANI** [1] - 2:9
**materials** [2] - 5:12, 12:6
**matter** [20] - 4:6, 5:20, 5:21, 5:24, 6:3, 6:17, 8:14, 9:18, 9:21, 11:6, 11:25, 15:11, 15:18, 17:1, 17:3, 17:10, 19:12
**matters** [1] - 12:15
**MATTHEW** [1] - 2:9
**Matthew** [1] - 5:3
**MCADAM** [2] - 3:3, 4:20
**McAdam** [1] - 4:21
**mean** [2] - 11:25, 12:15
**meet** [2] - 6:22, 13:17
**Mid** [1] - 4:14
**MID** [1] - 2:18
**Mid-West** [1] - 4:14
**MID-WEST** [1] - 2:18
**might** [3] - 7:5, 12:20, 14:5
**mind** [1] - 11:16
**minimum** [2] - 10:20, 10:24
**minute** [2] - 11:15, 11:16
**molecule** [1] - 7:11
**molecules** [1] - 7:12
**money** [1] - 14:13
**months** [1] - 11:12
**morning** [5] - 4:9, 4:12, 4:16, 4:20, 4:23
**motion** [13] - 7:25, 10:22, 10:23, 12:3, 15:3, 15:4, 16:2, 16:4, 16:20, 16:22, 16:24, 17:3, 17:4
**motions** [9] - 5:18, 5:25, 6:9, 6:25, 7:2, 7:4, 8:3, 8:24, 13:23
**move** [3] - 9:1, 9:17
**moved** [1] - 8:18
**MR** [22] - 4:9, 4:12, 4:14, 4:16, 4:23, 5:3, 5:13, 6:14, 8:7, 9:23, 10:2, 11:14, 11:18, 12:11, 13:11, 14:8, 14:17, 15:22, 17:6, 17:18, 17:24, 18:2
**MS** [1] - 4:20
**Mt** [1] - 3:4

## N

**name** [1] - 5:2
**narrow** [2] - 7:23, 11:4
**NCP** [1] - 8:23
**necessary** [1] - 7:21
**need** [3] - 14:20, 16:22, 16:23
**NESS** [1] - 3:3
**new** [2] - 12:14, 15:9
**next** [1] - 4:25
**nice** [2] - 14:5, 18:3
**NO** [2] - 1:22, 19:20
**noon** [1] - 15:10
**notwithstanding** [1] - 9:18
**Nugent** [1] - 5:3
**NUGENT** [2] - 2:9, 5:3

## O

**Oakland** [1] - 2:16
**observed** [1] - 11:5
**obviously** [2] - 12:12, 17:11
**October** [5] - 15:11, 15:12, 15:19, 16:16, 17:21
**OF** [6] - 1:2, 1:12, 2:1, 19:1, 19:3, 19:4
**offense** [1] - 4:18
**Official** [2] - 19:6, 19:20
**OFFICIAL** [2] - 1:23, 19:1
**Omega** [2] - 7:13, 9:4
**once** [1] - 17:12
**one** [12] - 5:1, 5:9, 6:15, 7:3, 7:8, 8:4, 8:20, 11:5, 11:22, 14:4, 15:24, 17:16
**oOo** [1] - 4:3
**Operable** [1] - 9:4
**opposed** [1] - 15:2
**order** [6] - 5:1, 9:12, 10:21, 11:3, 13:25, 15:1
**ordered** [1] - 10:18
**orderly** [1] - 13:14
**Owen** [2] - 4:17, 14:18

## P

**page** [1] - 19:12
**Park** [1] - 2:5
**Parkway** [1] - 2:20
**particular** [1] - 6:7

**parties** [28] - 5:10, 5:11, 5:14, 5:22, 6:5, 6:12, 6:22, 7:6, 7:24, 9:13, 10:13, 10:24, 12:7, 12:19, 13:1, 13:8, 13:17, 13:20, 13:25, 14:2, 14:5, 14:21, 14:24, 15:2, 15:25, 16:1, 16:3, 17:7
**parties'** [1] - 5:7
**PAUL** [1] - 2:9
**pending** [2] - 5:18, 8:25
**people** [1] - 10:12
**period** [1] - 16:21
**permitted** [1] - 16:2
**phone** [1] - 11:8
**pie** [1] - 10:10
**pitch** [1] - 15:1
**placed** [1] - 6:1
**plaintiff** [12] - 4:8, 5:8, 5:17, 6:5, 7:14, 8:16, 8:20, 9:18, 13:6, 14:22, 16:20
**Plaintiff** [1] - 1:6
**PLAINTIFF** [1] - 2:3
**plaintiff's** [7] - 6:13, 7:22, 8:13, 10:4, 10:25, 12:7, 12:21
**plaintiffs** [14] - 4:10, 5:14, 7:10, 8:10, 8:22, 9:7, 9:11, 9:24, 10:22, 11:21, 13:12, 13:18, 16:2, 16:3, 17:6, 17:20
**PLATING** [2] - 1:8, 3:2
**Plating** [2] - 4:7, 4:21
**point** [12] - 5:12, 8:15, 9:15, 9:21, 10:16, 11:5, 12:6, 13:6, 15:21, 16:12, 17:5
**points** [1] - 9:25
**position** [2] - 12:21, 12:24
**practice** [2] - 10:22, 10:23
**premature** [1] - 10:15
**present** [2] - 13:25, 16:8
**presume** [4] - 12:1, 12:9, 15:6, 16:22
**presuming** [1] - 14:2
**pretty** [2] - 16:23, 17:1
**problem** [1] - 5:16
**proceed** [2] - 15:25,

17:2
**proceedings** [2] - 18:4, 19:11
**progress** [1] - 13:15
**property** [2] - 7:12, 7:13
**propose** [2] - 13:13, 13:16
**provide** [2] - 16:4, 17:8
**provided** [1] - 16:17
**pursuant** [1] - 19:9
**put** [3] - 6:18, 15:11, 15:18

## Q

**questions** [3] - 5:10, 15:21, 17:25
**quick** [2] - 9:25, 11:5
**quickly** [2] - 11:6, 11:10

## R

**rather** [1] - 13:16
**reached** [1] - 6:6
**really** [4] - 8:14, 10:7, 11:6, 12:5
**Realtime** [1] - 19:6
**reason** [1] - 5:21
**recoverable** [1] - 9:7
**Redwood** [1] - 2:21
**REES** [1] - 2:9
**refused** [1] - 11:7
**regulations** [1] - 19:13
**related** [1] - 5:9
**relates** [1] - 10:4
**release** [1] - 7:17
**remove** [1] - 9:16
**report** [9] - 5:7, 7:6, 12:14, 13:2, 14:23, 15:10, 16:5, 16:6, 17:21
**reported** [1] - 19:11
**REPORTER** [2] - 1:23, 19:1
**Reporter** [2] - 19:7, 19:20
**REPORTER'S** [1] - 1:12
**reports** [1] - 13:22
**representations** [1] - 5:22
**request** [1] - 16:13
**requests** [1] - 13:7
**require** [1] - 13:6
**required** [2] - 12:9, 16:4

**reset** [2] - 6:23, 6:24
**resolution** [1] - 5:18
**resolve** [5] - 9:18, 10:21, 11:6, 12:16, 12:23
**resolved** [5] - 11:10, 12:22, 17:1, 17:4, 17:13
**respect** [8] - 7:19, 7:20, 8:9, 8:10, 9:6, 10:2, 10:11, 11:8
**respective** [1] - 13:4
**respond** [4] - 10:19, 11:14, 11:22, 13:7
**responded** [2] - 10:17, 11:11
**response** [9] - 6:12, 8:5, 9:13, 10:5, 10:7, 10:11, 10:15, 11:18, 16:13
**road** [1] - 11:13
**Ron** [2] - 5:13, 13:11
**Ron's** [1] - 11:18
**Ronald** [6] - 4:9, 6:14, 9:23, 15:22, 17:6, 17:18
**RONALD** [1] - 2:4
**ROOM** [1] - 1:23
**RPR** [1] - 19:20
**rule** [1] - 7:21
**Rule** [4] - 5:10, 15:10, 16:5, 17:21

## S

**San** [1] - 2:11
**saw** [1] - 5:7
**schedule** [4] - 17:5, 17:10, 17:17, 17:22
**schedules** [2] - 13:22, 17:8
**scheduling** [6] - 5:6, 6:17, 9:21, 12:1, 12:15, 17:15
**SCHEDULING** [1] - 1:13
**SCHMIDT** [8] - 2:10, 4:12, 8:7, 11:14, 11:18, 12:11, 14:8, 18:2
**Schmidt** [4] - 4:13, 8:7, 10:3, 14:8
**Schmidt's** [1] - 14:18
**scope** [1] - 10:14
**SCULLY** [1] - 2:9
**second** [1] - 10:16
**Section** [1] - 19:9
**see** [2] - 11:1, 11:3
**seeking** [1] - 5:17
**sense** [3] - 10:10,

13:14, 16:16
 **SEPTEMBER** [2] - 1:13, 4:1
 **September** [1] - 19:16
 **serve** [1] - 9:13
 **served** [4] - 8:10, 9:10, 10:3, 10:18
 **SERVICES** [1] - 2:13
 **Services** [1] - 4:24
 **set** [3] - 9:21, 12:1, 13:21
 **settle** [2] - 5:24, 5:25
 **settlement** [6] - 5:23, 6:4, 6:6, 11:7, 11:8, 12:3
 **several** [2] - 7:7, 11:11
 **short** [1] - 16:21
 **show** [3] - 7:10, 7:16, 7:17
 **side** [1] - 13:4
 **sides** [1] - 13:10
 **significant** [1] - 9:6
 **significantly** [2] - 7:23, 8:2
 **similar** [1] - 5:9
 **slight** [1] - 13:13
 **small** [1] - 6:15
 **sorry** [1] - 17:18
 **sort** [3] - 7:1, 12:3, 12:4
 **speaking** [1] - 14:9
 **specific** [1] - 13:2
 **start** [1] - 9:9
 **started** [1] - 11:20
 **starting** [1] - 6:13
 **STATE** [1] - 19:4
 **statement** [1] - 11:19
 **STATES** [1] - 1:1
 **States** [3] - 19:7, 19:9, 19:14
 **status** [6] - 5:7, 7:5, 13:2, 14:23, 15:10
 **stay** [6] - 5:9, 5:17, 6:3, 9:16, 16:9, 16:15
 **stayed** [8] - 5:20, 5:21, 6:4, 6:21, 8:13, 16:7, 16:11, 16:12
 **staying** [1] - 5:16
 **stenographically** [1] - 19:11
 **still** [1] - 17:11
 **strategy** [1] - 14:14
 **STREET** [1] - 1:23
 **strongly** [1] - 9:1
 **stuff** [6] - 12:2, 12:16, 14:22, 15:8, 16:16

 **sue** [2] - 8:16, 8:20
 **sufficient** [1] - 17:2
 **suggest** [1] - 10:13
 **suggested** [1] - 13:17
 **Suite** [6] - 2:5, 2:11, 2:16, 2:20, 2:25, 3:4
 **summary** [9] - 5:18, 5:25, 6:9, 6:25, 7:4, 7:25, 8:3, 8:24, 13:23
 **summer** [1] - 10:18
 **super** [1] - 11:9
 **support** [1] - 7:15

**T**

 **table** [2] - 10:12, 14:13
 **technically** [1] - 11:25
 **term** [1] - 13:9
 **terms** [1] - 14:12
 **TERRI** [4] - 1:22, 19:6, 19:19, 19:20
 **THE** [31] - 2:3, 2:8, 2:13, 2:18, 2:19, 2:22, 3:2, 4:6, 4:11, 4:18, 4:22, 4:25, 5:5, 5:15, 8:5, 9:20, 10:1, 11:15, 11:24, 12:12, 14:2, 14:16, 14:20, 15:13, 15:14, 15:15, 15:16, 16:9, 17:23, 17:25, 18:3
 **thereafter** [1] - 16:18
 **THOMAS** [1] - 2:24
 **threatened** [1] - 7:16
 **three** [1] - 10:19
 **THURSDAY** [2] - 1:13, 4:1
 **timing** [1] - 10:14
 **Title** [1] - 19:9
 **together** [1] - 12:19
 **Tom** [5] - 4:12, 4:16, 8:7, 14:8, 14:17
 **TOM** [1] - 2:10
 **totally** [1] - 7:14
 **transcript** [2] - 19:10, 19:12
 **TRANSCRIPT** [1] - 1:12
 **Tron** [2] - 4:7, 4:21
 **TRON** [2] - 1:8, 3:2
 **true** [1] - 19:10
 **try** [1] - 9:2
 **trying** [1] - 7:2
 **tweak** [1] - 13:13
 **two** [5] - 7:24, 9:25, 11:21, 15:8, 17:14
 **type** [2] - 12:25, 13:8

**U**

 **U.S** [1] - 1:3
 **ultimate** [1] - 6:10
 **unclear** [1] - 6:8
 **under** [2] - 8:23, 12:9
 **understood** [2] - 17:7, 17:24
 **Unit** [1] - 9:4
 **UNITED** [1] - 1:1
 **United** [3] - 19:7, 19:9, 19:14
 **unless** [3] - 6:5, 16:19, 17:2
 **unnecessary** [1] - 10:23
 **up** [6] - 5:20, 10:10, 11:16, 12:2, 16:12, 16:15

**V**

 **VALENZUELA** [11] - 2:4, 4:9, 5:13, 6:14, 9:23, 10:2, 13:11, 15:22, 17:6, 17:18, 17:24
 **Valenzuela** [9] - 4:9, 5:13, 6:14, 8:9, 9:23, 13:11, 15:22, 17:6, 17:18
 **VAN** [1] - 3:3
 **Van** [2] - 4:17, 14:17
 **VANOWEN** [1] - 2:22
 **various** [1] - 6:12
 **Ventura** [1] - 2:25
 **versions** [1] - 17:14
 **versus** [1] - 4:7
 **voice** [1] - 4:19
 **vs** [1] - 1:7

**W**

 **WACTOR** [1] - 2:14
 **waiting** [1] - 11:12
 **wants** [1] - 13:21
 **water** [2] - 7:17, 7:20
 **weeks** [1] - 15:8
 **WEISS** [4] - 2:23, 2:24, 4:16, 14:17
 **Weiss** [2] - 4:16, 14:17
 **West** [2] - 2:11, 4:14
 **WEST** [2] - 1:23, 2:18
 **WESTERN** [1] - 1:2
 **Wick** [1] - 4:23
 **WICK** [3] - 2:14, 2:15, 4:23
 **WILLIAM** [1] - 2:15

 **wondering** [1] - 17:7
 **words** [2] - 16:11, 17:9
 **WU** [1] - 1:3

**Y**

 **years** [3] - 9:5, 9:8, 11:11
 **yesterday** [2] - 9:10, 10:3

**Z**

 **ZAMAN** [1] - 2:23

**UNITED  STATES  DISTRICT  COURT**