LATHROP GPM LLP
Nancy Sher Cohen (State Bar No. 81706)
　nancy.cohen@lathropgpm.com
Ronald A. Valenzuela (State Bar No. 210025)
　ronald.valenzuela@lathropgpm.com
2049 Century Park East, Suite 3500S
Los Angeles, CA 90067
Telephone: 310.789.4600
Facsimile:  310.789.4601

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASF CORPORATION; et al.<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>CAL-TRON PLATING, INC.; et al.<br><br>　　　　　　　　Defendant. | Case No. 2:20-cv-02586-GW(Ex)<br><br>**JOINT STATUS REPORT**<br><br>**Status Conference**:<br>Date:　　November 18, 2021<br>Time:　　8:30 a.m.<br>Place:　　350 W. 1st Street<br>　　　　　Courtroom 9D, 9th Floor<br>　　　　　Los Angeles, CA 90012<br>Judge:　　Hon. George H. Wu |

Counsel for plaintiffs BASF Corporation et al. ("Plaintiffs") and for the undersigned defendants ("Defendants") hereby submit this Joint Status Report.

On October 14, 2021, Plaintiffs and Defendants (the "Parties") appeared before this Court for a telephonic scheduling conference. The Parties advised the Court of their dispute concerning whether this matter should be bifurcated. Plaintiffs proposed that the case be bifurcated into two phases: Phase I on the issue of liability under CERCLA for costs arising under the 2017 OU-2 Consent Decree; and Phase II on the issues of Plaintiffs' response costs and allocation. Defendants proposed that the case not be bifurcated. During the conference, the Court indicated that it had not yet made any decisions concerning scheduling and ordered the Parties to further meet and confer to discuss scheduling, including bifurcation.

Based on the Parties' discussion with the Court during the October 14 scheduling conference, and subsequent discussions between Plaintiffs and Defendants, the Parties have reached agreement as to whether this action should be bifurcated as previously proposed by Plaintiffs. Subject to the Court's approval, the Parties propose that:

> This action not be bifurcated as previously proposed by Plaintiffs, provided Defendants agree not to propound response cost related discovery before July 1, 2022. In exchange, Plaintiffs will provide, with their Initial Disclosures, a summary of their past costs incurred through late 2021, along with a description of the basic categories of costs and subtotals that make up that total.[1]

During the November 18, 2021 Scheduling Conference, the Parties will be prepared to discuss with the Court their agreement regarding bifurcation and to identify the outstanding scheduling issues that remain unresolved. The Parties further agree to meet and confer following the November 18 Scheduling Conference to discuss those outstanding issues, as well as the scope and content of Plaintiffs' Initial

---

[1] All Parties reserve their respective rights to request, at the appropriate time, a bifurcated trial.

Disclosures, in an effort to reach agreement, if possible, and to be prepared to discuss with the Court the result of those efforts during a scheduling conference set on or after December 15, 2021.

DATED: November 15, 2021    LATHROP GPM LLP

By: /s/ Nancy Sher Cohen

Nancy Sher Cohen
Ronald A. Valenzuela
Attorneys for Plaintiffs

DATED: November 15, 2021    VAN NESS FELDMAN LLP

By: /s/ Brian L. Zagon

Brian L. Zagon
Attorney for Defendants
Cal-Tron Plating, Inc.

DATED: November 15, 2021    THE CRONIN LAW GROUP

By: /s/ Timothy C. Cronin

Timothy C. Cronin
Attorney for Defendant
Mid-West Fabricating Co.

DATED: November 15, 2021    GORDON & REES LLP

By: /s/ Kristin N. Reyna DeHart

Kristin N. Reyna DeHart
Attorney for Defendant
Electronic Chrome & Grinding Co., Inc.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  November 15, 2021 | HAMRICK & EVANS LLP |
| 3 | | |
| 4 | | By:   /s/ Thomas P. Schmidt |
| 5 | | Thomas P. Schmidt |
| 6 | | Attorney for Defendant Electronic Chrome & Grinding Co., Inc. |

DATED:  November 15, 2021          WEISS & ZAMAN

By:   /s/ Thomas J. Weiss

Thomas J. Weiss
Attorney for Defendant
Vanowen Holdings, LLC

DATED:  November 15, 2021          VAN RIPER LAW

By:   /s/ David Van Riper

David Van Riper
Attorney for Defendant
Santa Fe Rubber Products, Inc.

DATED:  November 15, 2021          WACTOR & WICK LLP

By:   /s/ William D. Wick

William D. Wick
Attorney for Defendant
Halliburton Energy Services, Inc.

**CERTIFICATION OF CONCURRENCE FROM ALL SIGNATORIES**

I, Nancy Sher Cohen, am the ECF user whose ID and password are being used to file this Joint Status Report.  In compliance with C.D. Cal. Civ. L.R. 5-4.3.4(a)(2)(i), I hereby attest that I have obtained the concurrence of each signatory to this document.

                                        /s/ Nancy Sher Cohen
                                          Nancy Sher Cohen