WILLIAM D. WICK (State Bar No. 063462)
  bwick@ww-envlaw.com
ANNA L. NGUYEN (State Bar. No. 226829)
  anguyen@ww-envlaw.com
WACTOR & WICK LLP
3640 Grand Avenue, Suite 200
Oakland CA 94610
Telephone: (510) 465-5750

Attorneys for Defendant
HALLIBURTON ENERGY SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| BASF CORPORATION, et al.,<br><br>   Plaintiffs,<br>v.<br>CAL-TRON PLATING, INC., et al.,<br><br>   Defendants. | Case No.  2:20-cv-02586 GW (Ex.)<br><br>**HALLIBURTON ENERGY SERVICES, INC. JOINDER IN JOINT STATUS REPORT**<br><br>**Status Conference:**<br>Date:    December 16, 2021<br>Time:    8:30 a.m.<br>Place:    350 W. 1st Street<br>            Courtroom 9D<br>            Los Angeles, CA 90012<br>Judge:    Hon. George H. Wu |

Defendant HALLIBURTON ENERGY SERVICES, INC. ("Halliburton") joins in the Joint Status Report filed on December 13, 2021 (Document #123).

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-1-
HALLIBURTON ENERGY SERVICES JOINDER IN JOINT STATUS REPORT
Case No. 2:20-cv-02586 GW (Ex.)

-2-

| | | |
|---|---|---|
| 1 | Dated: December 13, 2021 | WACTOR & WICK LLP |

                      By:
                          <u>William D. Wick</u>
                          WILLIAM D. WICK
                          Attorneys for Defendant
                          HALLIBURTON ENERGY SERVICES, INC.

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-2-
HALLIBURTON ENERGY SERVICES JOINDER IN JOINT STATUS REPORT
Case No. 2:20-cv-02586 GW (Ex.)