Thomas P. Schmidt (State Bar No. 157831)
Justin R. Trujillo (State Bar No. 331402)
HAMRICK & EVANS, LLP
2600 West Olive Avenue, Suite 1020
Burbank, California 91505
Telephone No.: (818) 763-5292
Fax No.: (818) 763-2308

Attorneys for Defendant,
ELECTRONIC CHROME & GRINDING

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASF CORPORATION; et al.<br><br>      Plaintiffs,<br><br>vs.<br><br>CAL-TRON PLATING, INC.; et al.<br><br>      Defendant. | Case No. 2:20-cv-02586-GW(Ex)<br><br>**JOINT STATUS/SCHEDULING REPORT**<br><br>**Status Conference**:<br>Date: January 20, 2022<br>Time: 8:30 a.m.<br>Place: 350 W. 1st Street<br>    Courtroom 9D, 9th Floor<br>    Los Angeles, CA 90012<br>Judge: Hon. George H. Wu |

Pursuant to the Court's Order of December 14, 2021 [Dk. No. 125], Counsel for plaintiffs BASF Corporation et al. ("Plaintiffs') and for the undersigned defendants ("Defendants") (Plaintiffs and Defendants collectively, "the Parties") hereby submit this Joint Status/Scheduling Report.

As previously reported to the Court, the Parties have been working to devise a scheduling order, that does not include bifurcation, to present to the Court for its consideration. However, they have not yet completed those discussions. Specifically, the Parties are currently focused on determining whether they can reach agreement on a schedule under which they engage in discovery, in the first half of 2022, focused on obtaining the information, including but not limited to information concerning Plaintiffs' response costs, that the Parties believe they need to put themselves in a position to engage in meaningful settlement discussions sometime in the summer of 2022. The Parties have met and conferred over the past several weeks, including, most recently, on January 17, 2022. This focused discovery proposal, however, still requires approval by various Parties. Accordingly, the Parties respectfully request that the Court continue the scheduling conference currently scheduled for January 20, 2022, for at least an additional three (3) weeks in order for the Parties to complete an agreement for discovery on the mutually agreeable terms discussed above. The Parties propose that a joint status report shall be filed on February 8, 2022, and the scheduling conference set for February 10, 2022, or any dates thereafter that the Court deems appropriate.

DATED: January 18, 2022   LATHROP GPM LLP

By:  /s/ Nancy Sher Cohen

Nancy Sher Cohen
Ronald A. Valenzuela
Attorneys for Plaintiffs

*[SIGNATURE BLOCKS CONTINUE ON NEXT PAGE]*

DATED: January 18, 2022          VAN NESS FELDMAN LLP

By: /s/ Brian L. Zagon

Brian L. Zagon
Attorney for Defendants
Cal-Tron Plating, Inc.

DATED: January 18, 2022          THE CRONIN LAW GROUP

By: /s/ Timothy C. Cronin

Timothy C. Cronin
Attorney for Defendant
Mid-West Fabricating Co.

DATED: January 18, 2022          HAMRICK & EVANS LLP

By: /s/ Thomas P. Schmidt

Thomas P. Schmidt
Attorney for Defendant
Electronic Chrome & Grinding Co., Inc.

DATED: January 18, 2022          VAN RIPER LAW

By: /s/ David Van Riper

David Van Riper
Attorney for Defendant
Santa Fe Rubber Products, Inc.

***[SIGNATURE BLOCKS CONTINUE ON NEXT PAGE]***

DATED: January 18, 2022     WACTOR & WICK LLP

By: /s/ William D. Wick
William D. Wick
Attorney for Defendant
Halliburton Energy Services, Inc.

**CERTIFICATION OF CONCURRENCE FROM ALL SIGNATORIES**

I, Thomas P. Schmidt, Esq., am the ECF user whose ID and password are being used to file this Joint Status Report.  In compliance with C.D. Cal. Civ. L.R. 5-4.3.4(a)(2)(i), I hereby attest that I have obtained the concurrence of each signatory to this document.

*/s/    Thomas P. Schmidt*
Thomas P. Schmidt