Thomas P. Schmidt (State Bar No. 157831)
Justin R. Trujillo (State Bar No. 331402)
HAMRICK & EVANS, LLP
2600 West Olive Avenue, Suite 1020
Burbank, California 91505
Telephone No.: (818) 763-5292
Fax No.: (818) 763-2308

Attorneys for Defendant,
ELECTRONIC CHROME &
GRINDING

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASF CORPORATION; et al.<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CAL-TRON PLATING, INC.; et al.<br><br>　　　　　　Defendant. | Case No. CV 20-2586-GW-Ex<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE** |

　　The Court has reviewed the Parties' January 18, 2022 status report, and finding good cause therefore, hereby continues the January 20, 2022 scheduling conference to February 14, 2022 at 8:30 a.m. The parties are to file a joint report by February 10, 2022.

**IT IS SO ORDERED.**

Dated: January 18, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. GEORGE H. WU
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-
[PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE