LATHROP GPM LLP
Nancy Sher Cohen (State Bar No. 81706)
  nancy.cohen@lathropgpm.com
Ronald A. Valenzuela (State Bar No. 210025)
  ronald.valenzuela@lathropgpm.com
2049 Century Park East, Suite 3500S
Los Angeles, CA 90067
Telephone: 310.789.4600
Facsimile:  310.789.4601

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASF CORPORATION, et al.<br><br>                         Plaintiffs,<br><br>vs.<br><br>CAL-TRON PLATING, INC., et al.<br><br>                         Defendants. | Case No. 2:20-cv-02586-GW(Ex)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT HALLIBURTON ENERGY SERVICES, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

48258070v2

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs BASF Corporation et al. ("Plaintiffs") and Defendant Halliburton Energy Services, Inc. ("Halliburton"), that:

1. Plaintiffs filed suit against Defendant Halliburton in this action on March 18, 2020 alleging a claim for contribution under the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. § 9601 *et seq.* in connection with Halliburton's former ownership of real property located at or adjacent to 12310, 12314, and 12320 South Bloomfield Avenue, Santa Fe Springs, California 90670 (Dkt. No. 1);

2. Defendant Halliburton answered the Complaint on March 19, 2021 (Dkt. No. 73);

3. Plaintiffs hereby dismiss all claims in the above captioned lawsuit, without prejudice, against Defendant Halliburton;

4. Each party shall bear its own attorneys' fees and costs related to the above captioned lawsuit;

5. Plaintiffs expressly preserve all counts, claims, causes of action, and defenses against Defendant Halliburton and do not waive, release, or otherwise give up any counts, claims, causes of action, or defenses against Defendant Halliburton, including but not limited to any counts, claims, or causes of action for any response costs, oversight costs, or other costs incurred or to be incurred by Plaintiffs to address groundwater contamination at the Omega Chemical Superfund Site under any consent decree, administrative order, or other judicial or administrative settlement entered into, and effective after the date of this Stipulation, between Plaintiffs on the one hand, and the United States and/or State of California or other applicable regulatory agency on the other; and

//
//
//

48258070v2

6. Defendant Halliburton specifically preserves all defenses or rights available to it, and does not waive, release, or otherwise give up any defenses, rights, or claims against Plaintiffs, if at any time Plaintiffs reinstate their claims against Defendant Halliburton.

So Stipulated:

DATED:  February 9, 2022           LATHROP GPM LLP

By: /s/ Ronald A. Valenzuela
    Nancy Sher Cohen
    Ronald A. Valenzuela
    Attorneys for Plaintiffs

DATED:  February 9, 2022           WACTOR & WICK LLP

By: /s/ William D. Wick
    William D. Wick
    Attorneys for Defendant
    Halliburton Energy Services, Inc.

**CERTIFICATION OF CONCURRENCE FROM ALL SIGNATORIES**

I, Ronald A. Valenzuela, am the ECF user whose ID and password are being used to file this Joint Status Report. In compliance with C.D. Cal. Civ. L.R. 5-4.3.4(a)(2)(i), I hereby attest that I have obtained the concurrence of each signatory to this document.

/s/ Ronald A. Valenzuela
Ronald A. Valenzuela

48258070v2