UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. CV 20-2586-GW-Ex | Date March 2, 2022 |
| Title *Arconic, Inc., et al. v. Cal-Tron Plating, Inc., et al.* | Page 1 of 1 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS – COURT'S TENTATIVE RESPONSE TO PARTIES' JOINT STATUS REPORT (ECF NO. 139)**

The parties have filed a joint status report outlining their agreement as to initial disclosures, the total response cost presentation, the terms of fact discovery, the three-month stay of litigation to discuss settlement beginning on January 1, 2023, and the scheduling of pre-trial deadlines relative to a trial date. *See* Joint Status Report at 1-4, ECF No. 139. The only point of disagreement was whether a trial date needs to be set now. Plaintiffs aver that no trial date is necessary until at least after the January 2023 stay to conduct settlement discussion. *Id.* at 4-5. Defendants request the Court set a trial date in January 2025 in order to push the matter towards resolution. *Id.*

The Court elects to set a trial date for January 11, 2025. The earliest envisioned pre-trial deadline (for the fact discovery cutoff) falls 62 weeks before trial. *Id.* at 2. If the Court sets a trial date for January 11, 2025, the fact discovery cutoff would fall in October 2023, leaving the parties sufficient time to change the trial date as needed after the January 2023 stay if, as Plaintiff suggests, new parties are added or state regulatory actions cause delays. The Court is willing to revisit the trial date after the three-month stay of litigation or when the parties feel necessary, but the Court agrees with Defendants that setting a trial deadline, even if not etched in stone, tends to set a timeline that the parties can work to achieve and helps push a matter towards resolution.