Timothy C. Cronin         (SBN: 181989)
tcronin@crolaw.com
Alan R. Johnston          (SBN: 208991)
ajohnston@crolaw.com
Dennis J. Byrne           (SBN: 172618)
dbyrne@crolaw.com
THE CRONIN LAW GROUP
390 Bridge Parkway, Suite 220
Redwood City, CA 94065
Telephone:   (415) 951-0166
Facsimile:   (415) 951-0167

Attorneys for Defendant Mid West Fabricating Co.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCONIC INC., ET AL,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br><br><br>CAL-TRON PLATING, INC., ET AL<br><br>　　　　　Defendants.<br>------------------------------------------------------<br>AND RELATED ACTIONS | Case No. 2:20-CV-02586-GW (Ex)<br><br>**NOTICE OF SUBMITTAL TO THE COURT'S TENTATIVE ORDER OF MARCH 2, 2022, (ECF NO. 142)** |

1  Please take notice that the undersigned parties submit to the tentative order of
2  the Court dated March 2, 2022, (ECF No. 142).  However, the parties wish to bring
3  to the Court's attention that the assigned trial date of January 11, 2025 is a Saturday.
4
5
6  Dated: March 2, 2022                Respectfully submitted,
7
                                        THE CRONIN LAW GROUP
8
9
10                                      BY: /s/  Timothy C. Cronin_____
                                            Timothy C. Cronin
11                                          Attorneys for Defendant
12                                          Mid West Fabricating Co.
13
14  DATED:  March 2, 2022              LATHROP GPM LLP
15
16                                      By:  /s/ Ronald A. Valenzuela
                                            Nancy Sher Cohen
17                                          Ronald A. Valenzuela
18                                          Attorneys for Plaintiffs
19  DATED:  March 2, 2022              VAN NESS FELDMAN LLP
20
21
                                        By:  /s/ Brian L. Zagon
22                                          Brian L. Zagon
23                                          Attorney for Defendants
                                            Cal-Tron Plating, Inc.
24
25
26
27
28

| | | |
|---|---|---|
| DATED: March 2, 2022 | | VAN RIPER LAW |
| | By: | /s/ David Van Riper |
| | | David Van Riper |
| | | Attorney for Defendant |
| | | Santa Fe Rubber Products, Inc. |
| DATED: March 2, 2022 | | HAMRICK & EVANS LLP |
| | By: | /s/ Thomas P. Schmidt |
| | | Thomas P. Schmidt |
| | | Attorney for Defendant |
| | | Electronic Chrome & Grinding Co., Inc. |
| DATED: March 2, 2022 | | WEISS & ZAMAN |
| | By: | /s/ Thomas J. Weiss |
| | | Thomas J. Weiss |
| | | Attorney for Defendant |
| | | Vanowen Holdings, LLC |

**CERTIFICATION OF CONCURRENCE FROM ALL SIGNATORIES**

I, Dennis J. Byrne, am the ECF user whose ID and password are being used to file this Joint Status Report. In compliance with C.D. Cal. Civ. L.R. 5-4.3.4(a)(2)(i), I hereby attest that I have obtained the concurrence of each signatory to this document.

/s/ Dennis J. Byrne
Dennis J. Byrne