# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASF CORPORATION, et al.<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>CAL-TRON PLATING, INC., et al.<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-02586-GW(Ex)<br><br>**[PROPOSED] SCHEDULING ORDER** |

Having reviewed and considered the Joint Status Report of Plaintiffs BASF Corporation et al. ("Plaintiffs") and the undersigned defendants ("Defendants") (collectively, the "Parties"), the Court hereby orders as follows:

1. **Initial Disclosures**: The Parties will exchange Initial Disclosures 45 days from the date that the Court enters its Scheduling Order. Plaintiffs' Initial Disclosures will not include response cost information with one exception: Plaintiffs will provide a summary of their past costs incurred through late 2021, along with a description of the basic categories of costs and subtotals that make up that total.

2. **Total Response Cost Presentation**. Plaintiffs will provide Defendants with an oral presentation discussing Plaintiffs' total past response costs, including a generic description of the basic categories of those costs and subtotals that make up the total, and an estimate of Plaintiffs' future response costs, along with the total dollar amount collected to date through settlements with Potentially Responsible Parties ("PRPs") other than Omega Property PRPs. The provisions of Federal Rule of Evidence 408 shall apply to the presentation which Defendants agree not disclose to any third parties. Nothing in this section A.2 regarding the Total Response Cost Presentation is intended to limit a party's right to discovery or to oppose any discovery.

3. **Fact Discovery**. The Parties may engage in fact discovery following their exchange of Initial Disclosures. However, Defendants will not propound discovery regarding Plaintiffs' responses cost before October 1, 2022.

4. **Three-Month Stay to Focus on Settlement.** This action will be stayed beginning on January 1, 2023 and ending on March 31, 2023. During the stay, the Parties will focus their efforts on settling this matter based on information obtained through initial disclosures, fact discovery conducted to date, and the Total Response Cost Presentation described above. During the stay, the Parties will respond to discovery propounded prior to December 8, 2022, and hearings on any calendared discovery motions will proceed. In addition, written discovery to third parties will be

allowed during the stay. At the end of the stay period, the Parties will notify the Court whether they have reached an agreement and/or the status of their settlement negotiations. The stay may be extended by mutual agreement of the Parties.

5. **Scheduling of Pre-Trial Deadlines**. All pre-trial deadlines will be scheduled as follows, based on the trial date:[1]

| Pre-trial Matter | Time Before Trial | Date |
|---|---|---|
| **Fact Discovery** | | |
| Fact Discovery Cutoff: Deadline to Serve Remaining Fact Discovery | 62 Weeks | Nov. 6, 2023 |
| Deadline to Respond to Fact Discovery Served on Fact Discovery Cutoff Date | 56 Weeks | Dec. 18, 2023 |
| Last Day to Request Conference of Counsel re Fact Discovery Motion [L.R. 37-1] | 55 Weeks | Dec. 22, 2023 |
| Last Day to File Fact Discovery Motion | 51 Weeks | Jan. 22, 2024 |
| Last Day to Hear Fact Discovery Motion | 47 Weeks | Feb. 19, 2024 |
| Last Day to Complete Discovery Under Order Re Discovery Motion Relating to Fact Discovery | 43 Weeks | Mar. 18, 2024 |
| Last Day to Add Parties | 43 Weeks | Mar. 18, 2024 |
| **Expert Discovery** | | |

---

[1] The dates and deadlines reflect a January 13, 2025, trial date, notwithstanding that January 13 is a federal holiday. Also, where the applicable date or deadline falls on a weekend or holiday, the date or deadline has been set for the next business day, or the previous business day as necessary to comply with any applicable notice requirement or federal or local rule.

| Pre-trial Matter | Time Before Trial | Date |
|---|---|---|
| Expert Disclosures Due Pursuant to Fed. R. Civ. P. 26(a)(2) | 42 Weeks | Mar. 25, 2024 |
| Last Day to Complete Expert Deposition [Fed. R. Civ. P. 26(a)(2)] | 37 Weeks | Apr. 29, 2024 |
| Expert Disclosures Pursuant to FRCP 26(a)(2)(D)(ii) | 32 Weeks | Jun. 3, 2024 |
| Last Day to Complete Deposition of Expert Disclosed Pursuant to Fed. R. Civ. P. 26(a)(2)(D)(ii) | 27 Weeks | Jul. 8, 2024 |
| Last Day to Request Conference of Counsel re Discovery Motion Relating to Expert Discovery [L.R. 37-1] | 25 Weeks | Jul. 22, 2024 |
| Last Day to File Expert Discovery Motion | 21 Weeks | Aug. 19, 2024 |
| Last Day to Hear Expert Discovery Motion | 18 Weeks | Sep. 9, 2024 |
| Last Day to Complete Expert Discovery | 14 Weeks | Oct. 7, 2024 |
| **Other Pre-Trial Matters** | | |
| Last Day to Conduct Conference of Counsel Prior to Filing Motions in Limine/Daubert Motion [L.R. 7-3] | 12 Weeks | Oct. 21, 2024 |
| File Submittals required by Sec. 2 of Judge Wu's Standing Order Re Final Pre-Trial Conferences | 21 days before Pre-Trial Conference | Nov. 25, 2024 |
| Last Day to File Motions in Limine/Daubert Motions | 11 Weeks | Oct. 28, 2024 |

48390444v5

| Pre-trial Matter | Time Before Trial | Date |
|---|---|---|
| Lodge Pre-Trial Conference Order [L.R. 16-7.1] | 11 days before Pre-Trial Conference | Dec. 5, 2024 |
| File Oppositions to Motions in Limine/Daubert Motion | 10 days before Pre-Trial Conference | Dec. 6, 2024 |
| Meet & Confer deadline for Sec. 3 Submittals | 10 days before Pre-Trial Conference Per Judge Wu's Standing Order | Dec. 6, 2024 |
| File Submittals required by Sec. 3 of Judge Wu's Standing Order Re Final Pre-Trial Conferences | 5 days before Pre-Trial Conference | Dec. 11, 2024 |
| File Replies in Support of Motions in Limine/ Daubert Motion | 4 days before Pre-Trial Conference Per Judge Wu's Standing Order | Dec. 12, 2024 |
| Last Day to Conduct Conference of Counsel Prior to Filing Motion for Summary Judgment/Partial Summary Judgment Pursuant to L.R. 7-3 | 10 Weeks | Nov. 4, 2024 |
| Last Day to File Motion for Summary Judgment / Partial Summary Judgment | 9 Weeks | Nov. 11, 2024 |
| Last Day to Complete Mandatory ADR (Private Mediation) | 8 Weeks | Nov. 18, 2024 |
| Last Day to Hear Motions in Limine/Daubert Motions | 8 Weeks | Nov. 18, 2024 |

48390444v5

| Pre-trial Matter | Time Before Trial | Date |
|---|---|---|
| Last Day to Hear Motions for Summary Judgment/Partial Summary Judgment | 6 weeks | Dec. 2, 2024 |
| Final Pretrial Conference | 4 weeks | Dec. 16, 2024 |

6.     **Trial Date.**         January 14, 2025

**SO ORDERED.**

Dated: _____

　　　　　Hon. George S. Wu, United States District Judge

Respectfully submitted,

LATHROP GPM LLP
Nancy Sher Cohen (State Bar No. 81706)
 nancy.cohen@lathropgpm.com
Ronald A. Valenzuela (State Bar No. 210025)
 ronald.valenzuela@lathropgpm.com
2049 Century Park East, Suite 3500S
Los Angeles, CA 90067
Telephone: 310.789.4600
Facsimile:  310.789.4601

Attorneys for Plaintiffs

48390444v5